# BARNES & THORNBURG LLP

One North Wacker Drive
Suite 4400
Chicago, Illinois 60606-2833 U.S.A.
E.I.N. 35-0900596
(312) 357-1313

LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE  
NUTMEG GROUP, LLC  
1 NORTH WACKER DR., SUITE 4400  
CHICAGO, IL 60606

December 31, 2009  
Invoice No. 1289441

Leslie J. Weiss  
00050185-000001

---

PAYABLE UPON RECEIPT

---

Fees for Services        10,426.00

Other Charges        $    423.50

**TOTAL THIS INVOICE**      $    10,849.50



*REMITTANCE*

**To remit payments by check, please return this page with remittance to:**
Barnes & Thornburg LLP, One North Wacker Drive, Suite 4400, Chicago, Illinois 60606-2833 U.S.A

**To remit payments by wire, please indicate invoice number on wire to:**
The Private Bank, Chicago, IL, Account Number: 3120794, ABA #071006486
Bank Contact: Kristen Freund 312-564-1268
**For International wires, send payment to: Barnes & Thornburg LLP Operating Account**
Fifth Third Bank, Indianapolis, IN
Bank Contact: Rita Holden 317-383-2435
Account Number: 7653510706 SWIFT CODE: FTBCUS3C
ABA for wires: 042000314 / ABA for ACH: 074908594



## BARNES & THORNBURG LLP

One North Wacker Drive
Suite 4400
Chicago, Illinois 60606-2833 U.S.A.
E.I.N. 35-0900596
(312) 357-1313


LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
NUTMEG GROUP, LLC
1 NORTH WACKER DR., SUITE 4400
CHICAGO, IL 60606

December 31, 2009
Invoice No. 1289441

Leslie J. Weiss

PAYABLE UPON RECEIPT

**00050185-000001**
**RECEIVERSHIP ADMINISTRATION**

For legal services rendered in connection with the above matter
for the period ending November 30, 2009 as described on the attached detail.

| | | | |
|---|---|---|---|
| Fees for Services | | $ | 10,426.00 |
| Other Charges | | | |
| Copying Charges | 423.50 | | |
| | | $ | 423.50 |
| **TOTAL THIS INVOICE** | | $ | 10,849.50 |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/02/09 | Leslie J. Weiss | Call with N. Zeitler; review letter to Illinois Department of Labor; review files for 2006 taxes; call with A. Shoenthal. | 0.60 |
| 11/02/09 | Cynthia M. Hendzel | Leave message for Randall Goulding regarding information needed for 4(1) opinion for AccessKey stock; Telephone call with the Illinois Secretary of State regarding annual report filing for The Nutmeg Group, LLC; Prepare 2009 Illinois annual report for The Nutmeg Group, LLC. | 0.60 |
| 11/03/09 | Leslie J. Weiss | Long call with Ed McClendon; review materials on Integrated Freight; call with Paul Marino; attention to GoIP Global note; exchange emails with Randall Goulding on 144 sales; call with F. Harbecke regarding contingency cases; call with W. Schur regarding contingency cases; call with SEC - send R. Goulding information on finders' fees records. | 1.80 |
| 11/04/09 | Leslie J. Weiss | Discuss Real American Brands 144 release with C. Hendzel; call Doug Newton (CEO) at Real American Brands; review HotWeb file; go over MicroPipe case with Paula Jacobi; discuss settlement strategy; go over Jack Freedman case and discuss strategy; call with A. Shoenthal regarding HotWeb and Goulding's brokerage accounts; review H3 investment file and Freedman litigation file. | 3.00 |
| 11/04/09 | Kevin C. Driscoll | Advise receiver on impact of Sanford ruling. | 0.20 |
| 11/04/09 | Cynthia M. Hendzel | Work on Rule 144 opinion for AccessKey stock; Telephone call with Mackey McFarlane at Aegis regarding Real American Brands stock; Conferred with Leslie Weiss regarding Real American Brands stock; Letter to Illinois Secretary of State forwarding annual report and statement of change of registered agent and registered office on behalf of The Nutmeg Group, LLC; Complete online account registration for Ridge Clearing. | 1.80 |
| 11/05/09 | Leslie J. Weiss | Review and revise subpoenas for Hammonds and Altholtz and related entities (0.4); email to D. Rivers regarding finder's fees (0.1). | 0.50 |
| 11/05/09 | Leslie J. Weiss | Discuss subpoenas with A. Perkins (0.2); discuss car insurance and search for car ownership with C. Hendzel (0.2); discuss Jack Freedman's case with D. Thorne (0.1). | 0.50 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/05/09 | Cynthia M. Hendzel | Conferred with Leslie Weiss regarding State Farm invoice; Telephone call with Joe Morreale of State Farm regarding VIN number; Prepared State of Illinois Title Search request. | 0.90 |
| 11/09/09 | Leslie J. Weiss | Work on subpoenas (0.5); conference call with SEC on strategy (0.4); prepare demand letter to Law Offices of Randall Goulding (1.0). | 1.90 |
| 11/09/09 | Cynthia M. Hendzel | Deposit check from National City Bank into The Nutmeg Group's checking account; Set-up online access to Ridge Clearing accounts. | 0.70 |
| 11/10/09 | Leslie J. Weiss | Call with Jackson Morris regarding Plangraphics (0.3); send and receive emails with R. Goulding (0.3); analyze J. Freedman issues (0.3); meet with A. Shoenthal and go over documents with A. Shoenthal (0.5). | 1.40 |
| 11/11/09 | Leslie J. Weiss | Call D. Newton - Real American Brands (0.1); check pink sheets RMDM and GoIP (0.2); call Ike Sutton and prepare conversion notice for GoIP (0.4); review emails from R. Goulding (0.2); call Kevin Brown at Summit Trust Company (0.2); organize materials regarding claims (0.2); work on AccessKey 144 opinion requirements (0.3); review Integrated Freight/Plangraphics materials and correspond with Jackson Morris regarding same; (0.5); letter to investors (0.5); call with S. Nagler (0.3). | 2.90 |
| 11/11/09 | Cynthia M. Hendzel | Reviewed bank statements from National City Bank (.1); Telephone call with FINRA regarding obtaining access codes to IARD website in order to file Form ADV-W (.3); Prepared and faxed letter to Tonie Morman of the IARD Entitlement Group requesting replacement access codes (.5); Reviewed and drafted 144 paperwork for the AccessKey stock; Sent completed request to Jackson L. Morris (1.2); Conferred with Leslie Weiss regarding amounts paid by Mercury Fund to/for AccessKey and PhyH; Calculate monies (.1) | 2.20 |
| 11/12/09 | Leslie J. Weiss | Review and sign FINRA paperwork for IARD access (0.2); call with SEC (0.4); review receiver report (0.1); meet with Ed McClendon (1.1) regarding portfolio advice; review and respond to S. Nagler's email (0.3) regarding check register; call P. Diambri (0.1); call with Steve Nagler (0.3) to go through check register; | 3.20 |

| Date | Name | Description | Hours |
|---|---|---|---|
| | | attention to Altholtz subpoena (0.2); meet with Paula Jacobi to discuss claims (0..5). | |
| 11/12/09 | Cynthia M. Hendzel | Telephone call with Mackey McFarlane at Aegis regarding AccessKey stock; Email copy of opinion letter to Mackey (.1); Prepared and sent check to Jackson Morris for AccessKey opinion; Updated check register (.1); Completed FINRA forms to appoint Leslie Weiss as Account Administrator (.6); Faxed completed/signed forms to FINRA (.1); Reviewed files for original certificates (.1); | 1.00 |
| 11/13/09 | Leslie J. Weiss | Email to D. Newton regarding Real American Brands (0.1); work on investor letter (0.6); call with P. Jacobi on litigation (0.2); call with A. Shoenthal at the SEC (0.4); call with J. Morris regarding IFS (0.1); review, revise and finalize letter to investors (1.0); research IA regulations under IL Blue Sky law (0.4). | 2.80 |
| 11/13/09 | Leslie J. Weiss | Call with Kevin Lyons (Investor) (0.1); review Physicians Healthcare subpoena response (0.6); emails to Peter Hobbs (0.1). | 0.80 |
| 11/16/09 | Cynthia M. Hendzel | Proofread letter to investors(.1); Reviewed correspondence from the State of Wisconsin, Department of Workforce Development (.1); Email copy of Court order to Tracey Bakken at the State of Wisconsin, Department of Workforce Development (.1); Reviewed correspondence from PNC Bank/National City Bank regarding negative balance in Nutmeg Mercury account (.1); Reviewed file regarding previous bank statements from National city Bank (.1); Telephone call with Kyle Woodside from PNC Bank (.2); Fax copy of Court Order to Kyle Woodside (.1). | 0.80 |
| 11/18/09 | Cynthia M. Hendzel | Letter to Kyle Woodside at PNC/National City Bank granting authority to speak with Cindy Hendzel on account balances (.2); Telephone call with Stephanie Malone at Chase regarding account fees (.1); Telephone call with Kyle Woodside at PNC/National City Bank (.1); Telephone call with Mackey McFarlane regarding status of 144 stock. | 0.50 |

Fees for Services Total                                            $         10,426.00

# BARNES & THORNBURG LLP

One North Wacker Drive
Suite 4400
Chicago, Illinois 60606-2833 U.S.A.
E.I.N. 35-0900596
(312) 357-1313

LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE  December 31, 2009
NUTMEG GROUP, LLC                                    Invoice No. 1289045
1 NORTH WACKER DR., SUITE 4400
CHICAGO, IL 60606                                    Paula K. Jacobi
                                                     00050185-000002

PAYABLE UPON RECEIPT



| | |
|---|---|
| Fees for Services | 6,808.50 |
| Other Charges | $ 0.00 |
| **TOTAL THIS INVOICE** | $ 6,808.50 |

**To remit payments by check, please return this page with remittance to:**
Barnes & Thornburg LLP, One North Wacker Drive, Suite 4400, Chicago, Illinois 60606-2833 U.S.A

**To remit payments by wire, please indicate invoice number on wire to:**
The Private Bank, Chicago, IL, Account Number: 3120794, ABA #071006486
Bank Contact: Kristen Freund 312-564-1268
**For International wires, send payment to: Barnes & Thornburg LLP Operating Account**
Fifth Third Bank, Indianapolis, IN
Bank Contact: Rita Holden 317-383-2435
Account Number: 7653510706 SWIFT CODE: FTBCUS3C
ABA for wires: 042000314 / ABA for ACH: 074908594

## BARNES & THORNBURG LLP

One North Wacker Drive
Suite 4400
Chicago, Illinois 60606-2833 U.S.A.
E.I.N. 35-0900596
(312) 357-1313

| | |
|---|---|
| LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE NUTMEG GROUP, LLC<br>1 NORTH WACKER DR., SUITE 4400<br>CHICAGO, IL 60606 | December 31, 2009<br>Invoice No. 1289045<br><br>Paula K. Jacobi |

PAYABLE UPON RECEIPT

00050185-000002
SEC V. THE NUTMEG GROUP LLC, RANDALL GOULDING AND
DAVID GOULDING, DEFENDANTS AND DAVID GOULDING, INC.,
DAVID SAMUEL LLC, FINANCIAL ALCHEMY, LLC, ET AL.

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/02/09 | Deborah L. Thorne | Confer with N. Zeitler regarding employment claim. | 0.20 |
| 11/02/09 | Lucille J. Shelby | Prepared for and attended hearing on the status of Plaintiff's Motion for Default; conferred with Tina Paries regarding the same. | 1.30 |
| 11/03/09 | Deborah L. Thorne | Telephone conference with L. Weiss and P. Jacobi concerning IRS motion and response. | 0.20 |
| 11/03/09 | Deborah L. Thorne | Multiple conferences with L. Weiss concerning summary proceedings and efficient way to handle. | 0.30 |
| 11/03/09 | Paula K. Jacobi | Review opposition of SEC on Motion to Quash Subpoenas and discuss a.m. hearing regarding Motion of Goulding on IRS filings. | 0.50 |
| 11/04/09 | Deborah L. Thorne | Confer with Receiver and P. Jacobi regarding strategy to obtain recovery from J. Freedman. | 0.30 |
| 11/04/09 | Paula K. Jacobi | Appear in court on Motion of Goulding to get tax advice and got motion stricken. | 0.60 |
| 11/04/09 | Paula K. Jacobi | Before Court review motion on tax advice and telephone call with SEC regarding Receiver's position. | 0.50 |
| 11/04/09 | Paula K. Jacobi | Work on Jack Freeman with Leslie and Debbie to | 0.30 |

# BARNES & THORNBURG LLP

One North Wacker Drive
Suite 4400
Chicago, Illinois 60606-2833 U.S.A.
E.I.N. 35-0900596
(312) 357-1313

|  |  | Page 2 |
|---|---|---|
| LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE | | December 31, 2009 |
| NUTMEG GROUP, LLC | | Invoice No. 1289045 |
| 1 NORTH WACKER DR., SUITE 4400 | | |
| CHICAGO, IL 60606 | | Paula K. Jacobi |

## PAYABLE UPON RECEIPT

| Date | Name | Description | Hours |
|---|---|---|---|
| | | recommend not dismissing state case. | |
| 11/04/09 | Tina M. Paries | Reviewed Freedman docket and orders regarding status of case. | 0.20 |
| 11/05/09 | Deborah L. Thorne | Telephone conference with A. Shoenthal regarding electronic records and with A. Rusman regarding same. | 0.40 |
| 11/05/09 | Deborah L. Thorne | Consider claims against J. Freedman and SEC assistance in electronic discovery. | 0.40 |
| 11/06/09 | Paula K. Jacobi | Work with Receiver on litigation against Jack Friedman and strategy and claim for other funds he took. | 0.50 |
| 11/06/09 | Tina M. Paries | Reviewed Affidavits of Service; e-mails to/from P. Jacobi regarding same. | 0.30 |
| 11/09/09 | Deborah L. Thorne | Telephone conference with Guy St. Pierre (attorney for Jack Freedman) concerning settlement and release (.40); confer with L. Weiss concerning Freedman settlement (.10). | 0.50 |
| 11/09/09 | Linda M. Weinberg | Prepared receipt for delivery of forensic image drive to SEC. | 0.20 |
| 11/09/09 | Paula K. Jacobi | Revise Rider to Subpoenas for "Finder Fee" recipients to be more inclined and telephone call with L. Weiss regarding same. | 0.50 |
| 11/10/09 | Deborah L. Thorne | Telephone conference with L. Weiss concerning J. Freedman and letter to his attorney. | 0.10 |
| 11/10/09 | Linda M. Weinberg | Review receipt of delivery of drive to SEC and | 0.10 |

# BARNES & THORNBURG LLP

One North Wacker Drive
Suite 4400
Chicago, Illinois 60606-2833 U.S.A.
E.I.N. 35-0900596
(312) 357-1313

LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
NUTMEG GROUP, LLC
1 NORTH WACKER DR., SUITE 4400
CHICAGO, IL 60606

Page 3
December 31, 2009
Invoice No. 1289045

Paula K. Jacobi

## PAYABLE UPON RECEIPT

| Date | Name | Description | Hours |
|---|---|---|---|
| | | transmit receipt to receiver. | |
| 11/10/09 | Paula K. Jacobi | Review and revise demand letter to Goulding law firm. | 0.50 |
| 11/12/09 | Paula K. Jacobi | Meeting with Receiver to strategize how to deal with finder fee cases, Freedman and terminations fee from Marino client. | 0.80 |
| 11/13/09 | Deborah L. Thorne | Telephone call to Guy St. Pierre concerning Jack Freeman proposed settlement. | 0.20 |
| 11/16/09 | Deborah L. Thorne | Confer with P. Jacobi regarding status on Tuesday. | 0.10 |
| 11/16/09 | Paula K. Jacobi | Telephone conference with counsel from SEC regarding getting insurance information on Goulding and status hearing. | 0.20 |
| 11/17/09 | Deborah L. Thorne | Prepare for and appear in Court regarding status. | 1.40 |
| 11/17/09 | Deborah L. Thorne | Draft letter to Goulding regarding status and briefly discuss with Jacobi (review order and November 12 letter). | 0.50 |
| 11/17/09 | Paula K. Jacobi | In morning, work regarding hearing positions of Receiver (.30); in afternoon, review/edit letter demand to Goulding (.40). | 0.70 |
| 11/18/09 | Deborah L. Thorne | Revise letter to Goulding regarding malpractice insurance and other matters. | 0.50 |
| 11/18/09 | Deborah L. Thorne | Telephone conference with Steve Nagler concerning Gouldings' discovery response. | 0.50 |
| 11/18/09 | Deborah L. Thorne | Review Goulding's latest filing regarding IRS. | 0.20 |
| 11/18/09 | Paula K. Jacobi | Emails regarding document production (with | 0.30 |

# BARNES & THORNBURG LLP

One North Wacker Drive
Suite 4400
Chicago, Illinois 60606-2833 U.S.A.
E.I.N. 35-0900596
(312) 357-1313

LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
NUTMEG GROUP, LLC
1 NORTH WACKER DR., SUITE 4400
CHICAGO, IL  60606

Page 4
December 31, 2009
Invoice No. 1289045

Paula K. Jacobi

PAYABLE UPON RECEIPT

| Date | Name | Description | Hours |
|---|---|---|---|
| | | Goulding). | |
| 11/19/09 | Paula K. Jacobi | Review motion to compel document request and work with Receiver on same and regarding Randall's position. | 0.50 |
| 11/24/09 | Paula K. Jacobi | Email to Randall regarding answering receiver inquiries (.10); Telephone call with counsel Paul Marino regarding money for contract termination (.20). | 0.30 |
| 11/24/09 | Kevin C. Driscoll | Finalize Motion to Hire Litigation Counsel on contingency basis. | 1.80 |
| 11/24/09 | Kevin C. Driscoll | Review Secretary of State records on automobile owned by Nutmeg; consider methods of seizing and selling same; draft demand letter to Goulding for return of car. | 1.50 |

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| Deborah L. Thorne | Partner | 5.80 | $440.00 | $2,552.00 |
| Kevin C. Driscoll | Partner | 3.30 | $345.00 | $1,138.50 |
| Linda M. Weinberg | Partner | 0.30 | $450.00 | $135.00 |
| Paula K. Jacobi | Partner | 6.20 | $405.00 | $2,511.00 |
| Tina M. Paries | Associate | 0.50 | $320.00 | $160.00 |
| Lucille J. Shelby | Associate | 1.30 | $240.00 | $312.00 |
| TOTALS | | 17.40 | $391.29 | $6,808.50 |

**TOTAL BILLED THIS MONTH**                                          $      6,808.50

# BARNES & THORNBURG LLP

One North Wacker Drive
Suite 4400
Chicago, Illinois 60606-2833 U.S.A.
E.I.N. 35-0900596
(312) 357-1313

LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE  December 31, 2009
NUTMEG GROUP, LLC  Invoice No. 1289949
1 NORTH WACKER DR., SUITE 4400
CHICAGO, IL 60606  Leslie J. Weiss
 00050185-000003

PAYABLE UPON RECEIPT

Fees for Services  643.50

Other Charges  $  0.00

**TOTAL THIS INVOICE**  $  **643.50**



To remit payments by check, please return this page with remittance to:
Barnes & Thornburg LLP, One North Wacker Drive, Suite 4400, Chicago, Illinois 60606-2833 U.S.A

To remit payments by wire, please indicate invoice number on wire to:
The Private Bank, Chicago, IL, Account Number: 3120794, ABA #071006486
Bank Contact: Kristen Freund 312-564-1268
**For International wires, send payment to: Barnes & Thornburg LLP Operating Account**
Fifth Third Bank, Indianapolis, IN
Bank Contact: Rita Holden 317-383-2435
Account Number: 7653510706 SWIFT CODE: FTBCUS3C
ABA for wires: 042000314 / ABA for ACH: 074908594

# BARNES & THORNBURG LLP

One North Wacker Drive
Suite 4400
Chicago, Illinois 60606-2833 U.S.A.
E.I.N. 35-0900596
(312) 357-1313

LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
NUTMEG GROUP, LLC
1 NORTH WACKER DR., SUITE 4400
CHICAGO, IL 60606

December 31, 2009
Invoice No. 1289949

Leslie J. Weiss

---

PAYABLE UPON RECEIPT

---

**00050185-000003**
**ASSET DISPOSITION**

For legal services rendered in connection with the above matter
for the period ending November 30, 2009 as described on the attached detail.

| | |
|---|---|
| Fees for Services | $ 643.50 |
| **TOTAL THIS INVOICE** | **$ 643.50** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/23/09 | Cynthia M. Hendzel | Telephone call with Mackey McFarlane confirming address to send original stock certificate (.01); Letter to Mackey McFarlane forwarding original stock certificate for GoIP Global (.3). | 0.40 |
| 11/24/09 | Leslie J. Weiss | Send list of assets included in publicly filed report to K. Goodman; email to Adam W. Backer and Keith Goodman (0.5); review motion for engagement of contingency attorney (0.4). | 0.90 |
| 11/25/09 | Cynthia M. Hendzel | Completed Aegis share questionnaire for the GoIP Global stock (.6); Email signed questionnaire and supporting documents to Mackey McFarlane (.1). | 0.70 |
| 11/30/09 | Cynthia M. Hendzel | Email copies of promissory notes for Billy Martin USA Inc. and GoIP Global Inc. to Mackey McFarlane at Aegis (.2). | 0.20 |

Fees for Services Total                                  $         643.50

# BARNES & THORNBURG LLP

One North Wacker Drive
Suite 4400
Chicago, Illinois 60606-2833 U.S.A.
E.I.N. 35-0900596
(312) 357-1313

LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE  
NUTMEG GROUP, LLC  
1 NORTH WACKER DR., SUITE 4400  
CHICAGO, IL 60606

December 31, 2009  
Invoice No. 1289950

Leslie J. Weiss  
00050185-000005

---

PAYABLE UPON RECEIPT

| | |
|---|---|
| Fees for Services | 1,951.50 |
| Other Charges | $ 0.00 |
| **TOTAL THIS INVOICE** | $ 1,951.50 |



**To remit payments by check, please return this page with remittance to:**
Barnes & Thornburg LLP, One North Wacker Drive, Suite 4400, Chicago, Illinois 60606-2833 U.S.A

**To remit payments by wire, please indicate invoice number on wire to:**
The Private Bank, Chicago, IL, Account Number: 3120794, ABA #071006486
Bank Contact: Kristen Freund 312-564-1268
**For International wires, send payment to: Barnes & Thornburg LLP Operating Account**
Fifth Third Bank, Indianapolis, IN
Bank Contact: Rita Holden 317-383-2435
Account Number: 7653510706 SWIFT CODE: FTBCUS3C
ABA for wires: 042000314 / ABA for ACH: 074908594

# BARNES & THORNBURG LLP

One North Wacker Drive
Suite 4400
Chicago, Illinois 60606-2833 U.S.A.
E.I.N. 35-0900596
(312) 357-1313

LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
NUTMEG GROUP, LLC
1 NORTH WACKER DR., SUITE 4400
CHICAGO, IL 60606

December 31, 2009
Invoice No. 1289950

Leslie J. Weiss

PAYABLE UPON RECEIPT

**00050185-000005**
**ASSET ANALYSIS AND RECOVERY**

For legal services rendered in connection with the above matter
for the period ending November 30, 2009 as described on the attached detail.

| | | |
|---|---|---|
| Fees for Services | $ | 1,951.50 |
| **TOTAL THIS INVOICE** | $ | **1,951.50** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/18/09 | Leslie J. Weiss | Call with A. Shoenthal regarding status. | 0.40 |
| 11/19/09 | Leslie J. Weiss | Call with transfer agent - Manhattan for GoIP Global (0.1); revise opinion for GoIP Global (0.1); | 0.20 |
| 11/20/09 | Kevin C. Driscoll | Consider use of contingency firm to collect certain obligations; review terms and conditions of contingency counsel's engagement letter. | 0.40 |
| 11/23/09 | Leslie J. Weiss | Call with Adam Baker regarding assets (0.3); call Downsview Capital; review emails from R. Goulding and S. Nagler; call with S. Nagler; review Randall Goulding's letter (0.4); call with R. Silver (investor) (0.7). | 1.40 |
| 11/23/09 | Kevin C. Driscoll | Continue drafting motion to employ contingency counsel. | 0.80 |
| 11/24/09 | Leslie J. Weiss | Attention to car - Acura issue; review title; discuss with K. Driscoll (0.4); review materials from IRS on One Epoch Energy and email RSG regarding same (0.4). | 0.80 |
| 11/24/09 | Cynthia M. Hendzel | Reviewed car title search results from the State of Illinois (.01); Conferred with Leslie Weiss regarding search results (0.1). | 0.20 |
| 11/25/09 | Leslie J. Weiss | Calls with Mackey McFarlane at Aegis (0.3); send email to R. Goulding; review emails on unanswered questions from R. Goulding; review stock sheet for GoIP (0.2). | 0.50 |

Fees for Services Total                                $       1,951.50

# BARNES & THORNBURG LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606-2833 U.S.A.
E.I.N. 35-0900596
(312) 357-1313

LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
NUTMEG GROUP, LLC
1 NORTH WACKER DR., SUITE 4400
CHICAGO, IL 60606

December 31, 2009
Invoice No. 1289951

Leslie J. Weiss
00050185-000007

PAYABLE UPON RECEIPT

| | |
|---|---:|
| Fees for Services | 5,911.50 |
| Other Charges | $ 0.00 |
| **TOTAL THIS INVOICE** | $ **5,911.50** |



To remit payments by check, please return this page with remittance to:
Barnes & Thornburg LLP, One North Wacker Drive, Suite 4400, Chicago, Illinois 60606-2833 U.S.A

To remit payments by wire, please indicate invoice number on wire to:
The Private Bank, Chicago, IL, Account Number: 3120794, ABA #071006486
Bank Contact: Kristen Freund 312-564-1268
**For International wires, send payment to: Barnes & Thornburg LLP Operating Account**
Fifth Third Bank, Indianapolis, IN
Bank Contact: Rita Holden 317-383-2435
Account Number: 7653510706 SWIFT CODE: FTBCUS3C
ABA for wires: 042000314 / ABA for ACH: 074908594

# BARNES & THORNBURG LLP

One North Wacker Drive
Suite 4400
Chicago, Illinois 60606-2833 U.S.A.
E.I.N. 35-0900596
(312) 357-1313

| | |
|---|---|
| LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE NUTMEG GROUP, LLC<br>1 NORTH WACKER DR., SUITE 4400<br>CHICAGO, IL 60606 | December 31, 2009<br>Invoice No. 1289951<br><br>Leslie J. Weiss |

PAYABLE UPON RECEIPT

**00050185-000007**
**CASE ADMINISTRATION**

For legal services rendered in connection with the above matter for the period ending November 30, 2009 as described on the attached detail.

| | | |
|---|---|---|
| Fees for Services | $ | 5,911.50 |
| **TOTAL THIS INVOICE** | $ | 5,911.50 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/06/09 | Matthew P. Tyrrell | Attended status hearing in Nutmeg Mercury Fund LLP v. Jack Freedman (1.1). | 1.10 |
| 11/17/09 | Matthew P. Tyrrell | Attended status hearing in Nutmeg Group LLC v. Nanobach Pharmaceuticals (.8). | 0.80 |
| 11/18/09 | Leslie J. Weiss | Discuss letter to R. Goulding with P. Jacobi and D. Thorne (0.2); call A. Reisman regarding Elijah invoice discount (0.1); call FINRA/IARD and file Form ADV-W with SEC(0.8). | 1.10 |
| 11/19/09 | Leslie J. Weiss | Memo to file on IARD codes (0.1); call with Ed McClendon (0.2); discuss discovery with P. Jacobi (0.2). | 0.50 |
| 11/19/09 | Deborah L. Thorne | Confer with Receiver concerning discovery from Randall Goulding. | 0.10 |
| 11/23/09 | Leslie J. Weiss | Call with Robert Moye at SEC on various motions to be filed (0.6). | 0.60 |
| 11/23/09 | Matthew P. Tyrrell | Attended status hearing in Nutmeg Group LLC v. Uniphyd and conferred with Ian Brodsky, an attorney at Fred Harbecke's Office (1.3); conferred with Tina Paries regarding the status hearing (.1). | 1.40 |
| 11/25/09 | Leslie J. Weiss | Revise motion for contingency attorney. | 0.30 |
| 11/27/09 | Leslie J. Weiss | Prepare draft of Receiver's 2nd Report to the Court. | 2.00 |
| 11/28/09 | Leslie J. Weiss | Prepare draft of Receiver's 2nd Report to the Court. | 1.50 |
| 11/30/09 | Leslie J. Weiss | Confer with P. Jacobi on motions needed (0.2); attention to Receiver's Second Report (0.2); call with Receiver for Benny Judah regarding One Epoch Energy (0.1); review letters from investors (0.3); discuss motions with K. Driscoll (0.2). | 1.00 |
| 11/30/09 | Leslie J. Weiss | Call with SEC regarding motions to be heard on December 2; review motion for Rule to Show Cause; discuss same with K. Driscoll. | 0.40 |
| 11/30/09 | Kevin C. Driscoll | Review material and information sent by Goulding in an attempt to undermine SEC and Receiver's authority; review terms and conditions of Order; draft motion for contempt against Goulding. | 3.50 |
| 11/30/09 | Kevin C. Driscoll | Revise and edit Motion for contempt, adding section about turnover of automobile; review public records to ensure that car still in Nutmeg's name. | 1.50 |

| | | |
|---|---|---|
| Fees for Services Total | $ | 5,911.50 |