'roforma Number  2417193   01/13/10                    Billing Attorney: Leslie J. Weiss
0050185           LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE Bill Instructions:
0050185-000005   ASSET ANALYSIS AND RECOVERY

=================================================================================================
rrangement: Hourly                            PROFORMA SUMMARY            Contact/Reference:
roforma Template: TT
ime & Other Charges Thru:    12/31/09          Prepared as of 01/13/10
ingle Matter Bill Format     WS
oint Bill Format             WJ     Joint Group Id.
                                                                 Last Bill Date:  12/31/09
ate Matter Opened:  Nov 18, 2009
atter Dept. 01    Finance, Insolvency & Restructuring
rea of Law 190

    YTD Fees Billed           .00       Life-To-Date Fees Billed        1,951.50
    YTD Chgs Billed           .00       Life-To-Date Chgs Billed             .00


                  Billing Attorney 01762    LJW      LJ Weiss

                        ------------Fee Summary------------

| Client/Matter | Hours | Matter Value | Other Charges |
|---|---|---|---|
| ESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE | | | |
| SSET ANALYSIS AND RECOVERY | 19.90 | 6,977.50 | 184.68 |
| Interim Fee Balance | | .00 | |
| Unapplied A/R Balance | | .00 | |

=================================================================================================
> > > > TO ACCOUNTING:

    PLEASE BILL AS FOLLOWS:
                                   Amount to be Billed        Amount to be Written-off
        Bill Date  ____/___/____

            Fees           $ _____       $ _____

            Other Charges  $ _____       $ _____


        Billing Attorney Signature      _____


    DEPARTMENTAL ADMINISTRATOR APPROVAL  _____
       (required if total amount of Fees & Charges written-off exceeds $1,000)


    OFFICE OR FIRM MANAGING PARTNER APPROVAL  _____
       (also required if write-off exceeds $3,000)

**EXHIBIT**

A

=================================================================================================================

```
          * * * * * * * **** BILLING ADDRESS * * * * * * * *        * * * * * * * * CLIENT BILLING ADDRESS * * * * * * * *
00050185  LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE        LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
          NUTMEG GROUP, LLC                                         NUTMEG GROUP, LLC
          1 NORTH WACKER DR., SUITE 4400                            1 NORTH WACKER DR., SUITE 4400
          CHICAGO, IL  60606                                        CHICAGO, IL  60606
```

00050185-000005   ASSET ANALYSIS AND RECOVERY

| Index | Timekeeper | Date | Hours | Stat | Matter Value | Task | Activity | Description of Services Rendered |
|-------|-----------|------|-------|------|-------|------|----------|----------------------------------|
| 00000 | PHASE CATEGORY | | | | | | | |
| 1555978 | 00672 DLT | 12/01/09 | .40 | B | 186.00 | | | Review Receiver's report. |
| 1555999 | 00672 DLT | 12/01/09 | .60 | B | 279.00 | | | Prepare for Court hearing on discovery motion to compel. |
| 1556001 | 00672 DLT | 12/01/09 | .10 | B | 46.50 | | | Review SEC letter to Randall Goulding. |
| 1529735 | 01762 LJW | 12/01/09 | .30 | B | 139.50 | | | Two calls with A. Shoenthal regarding INverso. |
| 1556008 | 00672 DLT | 12/02/09 | .10 | B | 46.50 | | | Appear in court on motions filed by Goulding regarding IRS filings, privacy issues and discovery against Receiver. |
| 1556009 | 00672 DLT | 12/02/09 | .20 | B | 93.00 | | | Confer with SEC and with Nagler regarding documents. |
| 1570360 | 01690 TMP | 12/02/09 | .30 | B | 102.00 | | | Review litigation files; Analysis with L. Weiss regarding status of same. |
| 1529739 | 01762 LJW | 12/02/09 | 1.20 | B | 558.00 | | | Review INverso PPM and Forms 10-K and 8-K (0.5); prepare letter to R. Goulding (0.5); call with Mackey McFarlane regarding 144 status(0.1); confer with C. Hendzel multiple times regarding 144 status and brokerage paperwork (0.1). |
| 1508296 | 01769 CMH | 12/02/09 | 2.10 | B | 399.00 | | | Conferred with Leslie Weiss regarding obtaining 144 opinion letter for the ICC Worldwide stock (.01); Telephone call with Jackson Morris regarding obtaining 144 opinion letter for the ICC Worldwide stock (.01); Prepared and sent 144 letter request to Jackson Morris for ICC Worldwide stock; (.07); Requested copy of ICC Worldwide stock certificate from Mackey McFarlane at Aegis (.01); Requested procedure to transfer money from Aegis to other bank |

===================================================================================================================

|          |            |          |       |   |        | accounts (.01); Forward duplicate copies of share questionnaires for Real American Brands and ICC Worldwide to Mackey McFarlane (.2); Complete Wire instructions to Aegis for the Nutmeg Mercury Fund LLLP and the Nutmeg Fortuna Fund (.2); Telephone call with Stephanie Mahone at Chase requesting wire instructions (.2); Telephone call with Kin Houston at WestPark requesting wire transfer instructions (.2); Draft wire transfer request for WestPark Capital (.2); |
|----------|------------|----------|-------|---|--------|---|
| 1518943  | 01769 CMH  | 12/03/09 | .20   | B | 38.00  | Telephone call with Stephanie Mahone at Chase requesting transfer of accounts to lower monthly fees (.1). |
| 1529763  | 01762 LJW  | 12/04/09 | .20   | B | 93.00  | Review INverso letters. |
| 1523125  | 01769 CMH  | 12/07/09 | .40   | B | 76.00  | Balanced receivership checking at Chase with bank statement (.2); Requested Fed Reference number from Mackey McFarlane at Aegis for wire transfers to Chase Bank and National City (.1); Requested Fed Reference number from Kin Houston at WestPark for Nutmeg Mercury wire transfer to Chase Bank (.1). |
| 1526207  | 01769 CMH  | 12/09/09 | 1.10  | B | 209.00 | Telephone call with Stephanie Mahone at Chase confirming receipt of wires from WestPark Capital and Aegis Capital (.1); Created bank account register for the Nutmeg/Mercury Fund, LLLP account at Chase (.1); Left message for Jackson Morris regarding status of Rule 144 opinion for the ICC Worldwide stock (.1); Email to Mackey McFarlane at Aegis regarding status of wires to Nutmeg Mercury and Nutmeg Fortuna (.1); Prepared deposit to the Chase account for Nutmeg Mercury of refund from FINRA for CRD fees (.1); Deposited refund check into Chase checking account for The Nutmeg Group LLC (.3); Confirmed receipt of Aegis wire to the Nutmeg Fortuna National City checking account (.2); Email to Stephanie Mahone at Chase regarding online access for new accounts (.1). |
| 1575409  | 01759 PKJ  | 12/10/09 | .20   | B | 84.00  | Work with Kevin on car and value from Randall v. Carmax. |
| 1530762  | 01762 LJW  | 12/10/09 | .10   | B | 46.50  | Calls with Paula Jacobi and K. Driscoll regarding car possession. |
| 1575434  | 01759 PKJ  | 12/11/09 | .40   | B | 168.00 | Work with Kevin on getting car resolved, proof motion to sell etc. |
| 1547086  | 01762 LJW  | 12/11/09 | 1.50  | B | 697.50 | Call Justine (Action Stock Transfer) (0.1); |

================================================================================================================

|         |              |          |      |   |        | call Mackey McFarlane at Aegis regarding 144 requests (0.3); review Sanswire file and complaint drafted by R. Goulding; (0.5)call Jonathan Lienward and David Chistian at Sanswire and sent email to them as well; prepare letter to Investors (0.6) |

| 1575452 | 01759 PKJ 12/14/09 | .20 | B | 84.00 | Getting keys to Acura to Receiver (.10) regarding asset collection; work with Kevin on Randall's latest motion on interrogatories (.10) regarding admin. |

| 1547093 | 01762 LJW 12/14/09 | .60 | B | 279.00 | Review email from INverso corporate counsel; call SEC regarding INverso (0.2); call Brad Wilhite (0.1); review materials on administrative computer received from Nutmeg (0.3). |

| 1534951 | 01769 CMH 12/14/09 | 1.10 | B | 209.00 | Conferred with Leslie Weiss regarding amount of funds available (.1); Telephone call with Patty at National City Special Services Dept. regarding obtaining funds from Nutmeg Fortuna account (.2); Prepare letter to National City requesting check payable to Crowe Horwath (.3); Fax letter to Patty at National City Bank (.1); Update and organize check register for Nutmeg/Mercury Chase Bank account (.3); Payment of Elijah Technologies invoice (.1). |

| 1547098 | 01762 LJW 12/15/09 | .50 | B | 232.50 | Call with Kenneth Fink (Nutmeg Investor) (0.4); call with SEC regarding INverso (0.1). |

| 1547101 | 01762 LJW 12/16/09 | 1.70 | B | 790.50 | Review asset list; send asset list to Brad Wilhite (0.2); respond to emails from investors (0.8); conference call on INverso with Brian Lebrecht (corporate counsel) and the SEC (0.6). |

| 1534963 | 01769 CMH 12/16/09 | 1.10 | B | 209.00 | Reviewed files for original stock/warrant certificates (.6); Created list of original stock certificates and warrant certificates sent to the vault for safekeeping (.5). |

| 1537328 | 01769 CMH 12/17/09 | 1.30 | B | 247.00 | Finalized memo listing original stock certificates (.3); Place original certificates in vault for safekeeping (.1); Telephone call with Pat at National City Bank regarding status of check in payment of Crowe Invoice (.1); Conferred with Leslie Weiss regarding payment of Crowe Horwath invoice (.1); Reviewed account balances in National City accounts and prepared letter to Pat Patrino requesting checks in payment of Crowe Horwath invoice (.6); Reviewed balances of accounts at Aegis and Glendale Securities (.2); Remit payment to Crowe Horwath |

================================================================================================================

|  |  |  |  |  |  | (.1). |
|---|---|---|---|---|---|---|
| 1556231 | 00672 DLT | 12/21/09 | .20 | B | 93.00 | Telephone conference to Guy St. Pirie concerning J. Freedman complaint and possible settlement (.10); conference with Receiver about settlement parameters. |
| 1570514 | 01690 TMP | 12/22/09 | .20 | B | 68.00 | Analysis of state court claims with D. Thorne. |
| 1548402 | 01762 LJW | 12/22/09 | 1.00 | B | 465.00 | Look into stock prices of various issues; call RMPM attorney; email Sanswire attorney; call Global Resource Corporation; call with J. Andrews - Global Resource. |
| 1570761 | 01763 KAE | 12/22/09 | .80 | B | 312.00 | Review Note and correspondence; draft 144 opinion. |
| 1547116 | 01769 CMH | 12/22/09 | .20 | B | 38.00 | Letter to Marie Reidy at Crowe Horwath remitting payment (.2). |
| 1560237 | 01762 LJW | 12/28/09 | .20 | B | 93.00 | Call with Jeffrey Andrews at Global Resource Corp. |
| 1556632 | 01769 CMH | 12/28/09 | .20 | B | 38.00 | Telephone call with Special Services Group at National City Bank regarding status of checks in payment of Crowe Horwath fees (.2); Refax request to National City Bank (.1); Update check register for Nutmeg Mercury Chase checking account (.1); |
| 1562945 | 01762 LJW | 12/29/09 | .20 | B | 93.00 | Review message from A. Shoenthal (0.10); call Jeff Andrews - Global Resources (0.10). |
| 1570738 | 01762 LJW | 12/30/09 | 1.00 | B | 465.00 | Call Aegis - work on Rule 144 issues; call with Mike Fasci - Secured Financial Network; email to J. Andrews - Global Resource Corp.; send out 144 letter for American Diversified stock; send and receive emails from Secured Financial's CFO; calls with Mackey McFarlane; review Secured Financial materials in the file. |

```
                              ===========    ===============
00000 ** Phase Total **          19.90          6,977.50    MISCELLANEOUS

                              ===========    ===============
Total Fees                       19.90          6,977.50
                                                  462.00    Time Entries Excluded Because of Date Range
                                             ===============
                                                7,439.50    Total Time Value in Work in Progress
```

Other Charges:

| Index | Timekeeper | Date | Stat | Code | Quant | Amount | Description | Check # |
|---|---|---|---|---|---|---|---|---|

Proforma Number   2417193   01/13/10
00050185          LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
00050185-000005   ASSET ANALYSIS AND RECOVERY

Billing Attorney: Leslie J. Weiss          Page 6 (6)

Billing Arrangement: Hourly

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 020496733 | 00672 DLT | 09/02/09 B | 015 | 00001 | 162.76 | Courier Service -  US Messenger & Logistics, Inc. from Nutmeg  - #2511-6020 | 170348 |
| 020492517 | 00672 DLT | 09/23/09 B | 107 | 00001 | 23.25 | Courier Service -  Federal Express Corporation to Mari Reidy CPA  - #9-348-89149 | 170262 |
| 020490540 | 00672 DLT | 09/24/09 B | 057 | 00001 | 44.00 | Copying Costs -  Petty Cash | 1011 |
| 020523210 | 01759 PKJ | 11/10/09 B | 107 | 00001 | 15.62 | Courier Service -  Federal Express Corporation to Hal Hammond  - #9-404-33768 | 171458 |
| 020523211 | 01759 PKJ | 11/10/09 B | 107 | 00001 | 13.08 | Courier Service -  Federal Express Corporation to Taso Milonas  - #9-404-33768 | 171458 |
| 020523216 | 01759 PKJ | 11/10/09 B | 107 | 00001 | 15.62 | Courier Service -  Federal Express Corporation to Lynn Hammond  - #9-404-33768 | 171458 |
| 020524403 | 01759 PKJ | 11/10/09 B | 107 | 00001 | 13.08 | Courier Service -  Federal Express Corporation to Dr. Harvey Altholtz - #9-412-56429 | 171473 |
| 020524404 | 01759 PKJ | 11/10/09 B | 107 | 00001 | 13.08 | Courier Service -  Federal Express Corporation to Dr. Harvey Altholtz  - #9-412-56429 | 171473 |
| 020524338 | 01762 LJW | 11/11/09 B | 015 | 00001 | 5.00 | Courier Service -  US Messenger & Logistics, Inc. to SEC  - #2511-6509 | 171475 |
| 020523232 | 01759 PKJ | 11/12/09 B | 107 | 00001 | 11.87 | Courier Service -  Federal Express Corporation to Dr. Harvey Altholtz  - #9-404-33768 | 171458 |
| 020523233 | 01759 PKJ | 11/12/09 B | 107 | 00001 | 14.62 | Courier Service -  Federal Express Corporation to Dr. Harvey Altholtz  - #9-404-33768 | 171458 |
| 020524636 | 01690 TMP | 12/04/09 B | 002 | 00001 | 10.00 | Messenger Courier Service | |
| 020526942 | 01762 LJW | 12/17/09 B | 108 | 00001 | -282.30 | Check received from Nutmeg/Mercury Fund- prepayment | |
| 020536449 | 01762 LJW | 12/31/09 B | 099 | 00001 | 125.00 | Fee for issuance of duplicate title -  Illinois Secretary of State LJW 01/01/2010 | 22438 |

Total Other Charges

184.68
.00          Other Charges Excluded Because of Date Range

184.68       Total Other Charges

=====================================================================================================================

### Time Code Summary

|                |      |       |                    | Matter Value by Code |          |
|----------------|------|-------|--------------------|----------------------|----------|
| Activity       | Task | Phase |                    | Activity  Task       | Phase    |
| ========       | ==== | ===== |                    | ========  ====       | =====    |
|                |      |       |                    | .00                  |          |
|                |      |       |                    |          .00         |          |
|                |      | 00000 | MISCELLANEOUS      |                      | 6,977.50 |
|                |      |       |                    |                      | 6,977.50 |

### Time Summary By Timekeeper

| Timekeeper |              | Hours | Standard Value | Matter Value | $/Hr   | Last WIP Date |
|------------|--------------|-------|----------------|--------------|--------|---------------|
| 00672 DLT  | D. Thorne    | 1.60  | 816.00         | 744.00       | 465.00 | 12/21/09      |
| 01690 TMP  | T. Paries    | .50   | 300.00         | 170.00       | 340.00 | 12/22/09      |
| 01759 PKJ  | PK Jacobi    | .80   | 372.00         | 336.00       | 420.00 | 12/14/09      |
| 01762 LJW  | LJ Weiss     | 8.50  | 4,335.00       | 3,952.50     | 465.00 | 12/30/09      |
| 01763 KAE  | KA Erickson  | .80   | 344.00         | 312.00       | 390.00 | 12/22/09      |
| 01769 CMH  | CM Hendzel   | 7.70  | 1,890.00       | 1,463.00     | 190.00 | 12/28/09      |
| Grand Total Fees |        | 19.90 | 8,057.00       | 6,977.50     | 350.63 |               |
| Grand Total Other Charges | |     | 184.68         | 184.68       |        |               |
|            |              |       | 8,241.68       | 7,162.18     |        |               |

### Summary of Other Charges

| Code | Description               | Amount   |
|------|---------------------------|----------|
| 002  | Messenger Courier Service | 10.00    |
| 015  | Courier Service           | 167.76   |
| 057  | Copying Costs             | 44.00    |
| 099  | Other/Misc. Charges       | 125.00   |
| 107  | Courier Service           | 120.22   |
| 108  | Check received from       | -282.30  |
|      | Total Other Charges:      | 184.68   |

### WIP Aging

| Aged Unbilled Time & Charges as of  01/13/10 | 0 - 30 | 31 - 60 | 61 - 90 | 91 -120 | 120+ |
|----------------------------------------------|--------|---------|---------|---------|------|

| | | | Hours | | | | |
|---|---|---|---|---|---|---|---|
| Hours Worked | | | 10.50 | 9.40 | .00 | .00 | .00 |
| Matter Value | | | 3,716.00 | 3,261.50 | .00 | .00 | .00 |
| Other Charges | | | -157.30 | 10.00 | 101.97 | 67.25 | 162.76 |

### Accounts Receivable Aging

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 120 + | Total |
|---|---|---|---|---|---|---|
| ged A/R Fees & Chgs | 1,951.50 | .00 | .00 | .00 | .00 | 1,951.50 |

### Outstanding Invoices

| Invoice Number | Invoice Date | Fees Billed | Other Chgs Billed | Amount Received | Amount Written Off | Invoice Balance |
|---|---|---|---|---|---|---|
| 001289950 | 12/31/09 | 1,951.50 | .00 | .00 | .00 | 1,951.50 |
| | | 1,951.50 | .00 | .00 | .00 | 1,951.50 |

Total Amount Outstanding    1,951.50
Less Unallocated Cash            .00
                            ----------
Balance Due                  1,951.50

### Trust Accounting Summary

| Matter | Reference | Date | Deposits | Disbursements | Balance |
|---|---|---|---|---|---|
| 00050185-000005 | | | | | |

.00  as of 12/31/09

==========================================================================================================================

Time Start:  01/01/00              Time End:  12/31/09

Chgs Start:  01/01/00              Chgs End:  12/31/09


     Matter Rate Code:      1  = 2010 Discounted Rate

*** RATE EXCEPTIONS: ***
****************************************************************************************
****************************************************************************************


HARED BILLING AND/OR ORIGINATING CREDIT:      (Multi-Timekeeper)
   Shared Billing-
Timekeeper    Name                                          Percent        Effective Date

01762       Weiss, Leslie J.                                100.00%        11/01/2009
   Shared Originating-
Timekeeper    Name                                          Percent        Effective Date

01762       Weiss, Leslie J.                                100.00%        11/01/2009
_____
                    Time Detail   - TK Summary    - CoverPage - Cost Detail/Sum - Year/LTD
Matter Whitehill UDFs: Tdetail10    -                  -    Y     - CostSum1        -

                    Name/JointID  - Matter Hrs    - Former Template - Bill Format   - Division for Bill - Do Not Bill PRC
Client Whitehill UDFs:             -                  -                  -                  -                  -
Matter UDF- Client Assigned Number

```
Proforma Number  2417192   01/12/10                        Billing Attorney: Leslie J. Weiss
00050185          LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE Bill Instructions:
00050185-000003  ASSET DISPOSITION
```

================================================================================================================
```
Arrangement: Hourly                                  PROFORMA SUMMARY            Contact/Reference:
Proforma Template: TT
Time & Other Charges Thru:   12/31/09          Prepared as of 01/12/10
Single Matter Bill Format   WS
Joint Bill Format           WJ     Joint Group Id.
                                                                              Last Bill Date:  12/31/09
Date Matter Opened:  Nov 18, 2009
Matter Dept. 01      Finance, Insolvency & Restructuring
Area of Law 190

    YTD Fees Billed         .00          Life-To-Date Fees Billed          643.50
    YTD Chgs Billed         .00          Life-To-Date Chgs Billed            .00


                          Billing Attorney  01762    LJW      LJ Weiss

                                          -----------Fee Summary-----------

    Client/Matter                       Hours    Matter Value      Other Charges
```
--------------------------------------------------------------------------------
```
LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
ASSET DISPOSITION                        7.50       2,037.00            9.33

                          Interim Fee Balance            .00
                          Unapplied A/R Balance          .00
```
================================================================================================================
```
> > > > TO ACCOUNTING:

        PLEASE BILL AS FOLLOWS:
                                        Amount to be Billed      Amount to be Written-off
            Bill Date    /    /

            Fees              $ _____      $ _____

            Other Charges     $ _____      $ _____


        Billing Attorney Signature      _____


        DEPARTMENTAL ADMINISTRATOR APPROVAL _____
        (required if total amount of Fees & Charges written-off exceeds $1,000)


        OFFICE OR FIRM MANAGING PARTNER APPROVAL _____
        (also required if write-off exceeds $3,000)
```

======================================================================================================================================

```
                  * * * * * * * **** BILLING ADDRESS * * * * * * * *      * * * * * * * * CLIENT BILLING ADDRESS * * * * * * * *
00050185          LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE      LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
                  NUTMEG GROUP, LLC                                       NUTMEG GROUP, LLC
                  1 NORTH WACKER DR., SUITE 4400                          1 NORTH WACKER DR., SUITE 4400
                  CHICAGO, IL  60606                                      CHICAGO, IL  60606
```

00050185-000003    ASSET DISPOSITION

| Index | Timekeeper | Date | Hours | Stat | Matter Value | Task | Activity | Description of Services Rendered |
|-------|-----------|------|-------|------|--------------|------|----------|----------------------------------|
| 00000 | PHASE CATEGORY | | | | | | | |
| 21518942 | 01769 CMH | 12/03/09 | .30 | B | 57.00 | | | Finalized request for wire transfers from WestPark Capital and Aegis Capital (.2); Emailed wire transfer requests to Mackey McFarlane at Aegis (.1). |
| 21578507 | 00646 KCD | 12/10/09 | .60 | B | 222.00 | | | Attend to issues on sale of car. |
| 21526860 | 01769 CMH | 12/10/09 | .20 | B | 38.00 | | | Leave message for Joe Longo at Startech regarding removing legend (.2). |
| 21578527 | 00646 KCD | 12/11/09 | .30 | B | 111.00 | | | Multiple calls with Carmax. |
| 21578528 | 00646 KCD | 12/11/09 | .20 | B | 74.00 | | | Draft letter to Carmax. |
| 21578534 | 00646 KCD | 12/11/09 | .30 | B | 111.00 | | | Multiple calls with tow service. |
| 21578536 | 00646 KCD | 12/11/09 | .30 | B | 111.00 | | | Multiple calls/email with Goulding on car removal. |
| 21578557 | 00646 KCD | 12/11/09 | 1.00 | B | 370.00 | | | Draft motion to sell car; review value of car. |
| 21573863 | 00646 KCD | 12/14/09 | .20 | B | 74.00 | | | Attend to sale of car, review material from car's glovebox. |
| 21534940 | 01769 CMH | 12/14/09 | 1.40 | B | 266.00 | | | Prepared and emailed Rule 144 Seller's Rep Letter for the AccessKey stock owned by Nutmeg Fortuna to Mackey McFarlane at Aegis (.3); Confirm account balances at Chase Bank and National City Bank and updated account registers (.3); Leave voice mail message for Joseph Longo at Startech regarding removal of legend from stock certificate (.1); Reviewed incoming confirmation of wires from Ridge Clearing (.1) Telephone call with Jackson Morris regarding 144 letter request for Startech Environmental (.1); Prepared 144 |

===============================================================================================================================

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | letter request (.4); Emailed 144 Startech letter to Jackson Morris (.1). |
| 21560153 | 00646 KCD | 12/16/09 | .20 | B | 74.00 | | Draft letter to Carmax about sale of car. |
| 21560154 | 00646 KCD | 12/16/09 | .20 | B | 74.00 | | Prepare draft order for sale of car. |
| 21537332 | 01769 CMH | 12/17/09 | .80 | B | 152.00 | | Drafted share questionnaires on behalf of ICC Worldwide, Startech Environmental and AccessKey as requested by Aegis (.8) |
| 21539921 | 01769 CMH | 12/18/09 | .70 | B | 133.00 | | Finalized Aegis share questionnaires for AccessKey, ICC Worldwide and Startech (.5); Emailed share questionnaires to Mackey McFarlane at Aegis (.2). |
| 21557722 | 00646 KCD | 12/22/09 | .10 | B | 37.00 | | Phone car dealer on sale. |
| 21556628 | 01769 CMH | 12/28/09 | .20 | B | 38.00 | | Conferred with Leslie Weiss regarding 144 letters (.1); Email seller's rep letters on behalf of Secured Financial Networks, Startech and ICC Worldwide to Mackey McFarlane (.1); |
| 21562983 | 01769 CMH | 12/30/09 | .50 | B | 95.00 | | Print off Aegis position reports (.3); Telephone conference with Leslie Weiss and Mackey McFarlane (.2). |

```
                               ===========      ==============
    00000 ** Phase Total **         7.50           2,037.00   MISCELLANEOUS
                               ===========      ==============
    Total Fees                      7.50           2,037.00
                                                    342.00     Time Entries Excluded Because of Date Range
                                                ==============
                                                  2,379.00     Total Time Value in Work in Progress
```

Other Charges:

| Index | Timekeeper | Date | Stat | Code | Quant | Amount | Description | Check # |
|---|---|---|---|---|---|---|---|---|
| 020531400 | 01762 LJW | 11/23/09 | B | 107 | 00001 | 9.33 | Courier Service - Federal Express Corporation to Mackey McFarlane  - #9-419-79828 | 171920 |

```
                                                 ----------
    Total Other Charges                              9.33
                                                      .00     Other Charges Excluded Because of Date Range
                                                 ----------
                                                     9.33     Total Other Charges
```

================================================================================================================

## Time Code Summary

|                            |      |       |               | Matter Value by Code |          |
|----------------------------|------|-------|---------------|----------------------|----------|
| Activity                   | Task | Phase |               | Activity  Task  Phase |          |
| ========                   | ==== | ===== |               | ========  ====  ===== |          |
|                            |      |       |               | .00                  |          |
|                            |      |       |               |                 .00  |          |
|                            |      | 00000 | MISCELLANEOUS |                 2,037.00 |          |
|                            |      |       |               |                 2,037.00 |          |

## Time Summary By Timekeeper

| Timekeeper |              | Hours | Standard Value | Matter Value | $/Hr    | Last WIP Date |
|------------|--------------|-------|----------------|--------------|---------|---------------|
| 00646 KCD  | K. Driscoll  | 3.40  | 1,377.00       | 1,258.00     | 370.00  | 12/22/09      |
| 01769 CMH  | CM Hendzel   | 4.10  | 861.00         | 779.00       | 190.00  | 12/30/09      |
| Grand Total Fees          |  | 7.50  | 2,238.00       | 2,037.00     | 271.60  |               |
| Grand Total Other Charges |  |       | 9.33           | 9.33         |         |               |
|                           |  |       | 2,247.33       | 2,046.33     |         |               |

## Summary of Other Charges

| Code | Description     |                       | Amount |
|------|-----------------|-----------------------|--------|
| 107  | Courier Service |                       | 9.33   |
|      |                 | Total Other Charges:  | 9.33   |

## WIP Aging

| Aged Unbilled Time & Charges as of  01/12/10 | 0 - 30  | 31 - 60  | 61 - 90 | 91 -120 | 120+ |
|----------------------------------------------|---------|----------|---------|---------|------|
| Hours Worked                                 | 4.30    | 3.20     | .00     | .00     | .00  |
| Matter Value                                 | 943.00  | 1,094.00 | .00     | .00     | .00  |
| Other Charges                                | .00     | 9.33     | .00     | .00     | .00  |

## Accounts Receivable Aging

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 120 + | Total |
|--------|---------|---------|----------|-------|-------|
|        |         |         |          |       |       |

===================================================================================================================

| Aged A/R Fees & Chgs | 643.50 | .00 | .00 | .00 | .00 | 643.50 |

## Outstanding Invoices

| Invoice Number | Invoice Date | Fees Billed | Other Chgs Billed | Amount Received | Amount Written Off | Invoice Balance |
|---|---|---|---|---|---|---|
| 001289949 | 12/31/09 | 643.50 | .00 | .00 | .00 | 643.50 |
| | | 643.50 | .00 | .00 | .00 | 643.50 |

|  |  |
|---|---|
| Total Amount Outstanding | 643.50 |
| Less Unallocated Cash | .00 |
| Balance Due | 643.50 |

## Trust Accounting Summary

| Matter | Reference | Date | Deposits | Disbursements | Balance |
|---|---|---|---|---|---|
| 00050185-000003 | | | | | |

.00  as of 12/31/09

==========================================================================================================================

Time Start:  01/01/00              Time End:  12/31/09

Chgs Start:  01/01/00              Chgs End:  12/31/09


Matter Rate Code:       1  = 2010 Discounted Rate

*** RATE EXCEPTIONS: ***
**********************************************************************************

**********************************************************************************


SHARED BILLING AND/OR ORIGINATING CREDIT:    (Multi-Timekeeper)
   Shared Billing-
Timekeeper   Name                                        Percent        Effective Date

01762        Weiss, Leslie J.                            100.00%        11/01/2009
   Shared Originating-
Timekeeper   Name                                        Percent        Effective Date

01762        Weiss, Leslie J.                            100.00%        11/01/2009

                         Time Detail  - TK Summary    - CoverPage - Cost Detail/Sum - Year/LTD
Matter Whitehill UDFs: Tdetail10    -              -   Y        - CostSum1       -

                         Name/JointID  - Matter Hrs   - Former Template - Bill Format   - Division for Bill - Do Not Bill PRC
Client Whitehill UDFs:                -              -                 -              -                  -
Matter UDF- Client Assigned Number

roforma Number  2417195  01/13/10                          Billing Attorney: Leslie J. Weiss
0050185        LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE Bill Instructions:
0050185-000007  CASE ADMINISTRATION

========================================================================================================================
rrangement: Hourly                              PROFORMA SUMMARY              Contact/Reference:
roforma Template: TT
ime & Other Charges Thru:  12/31/09             Prepared as of 01/13/10
ingle Matter Bill Format   WS
oint Bill Format          WJ      Joint Group Id.
                                                                             Last Bill Date:  12/31/09
ate Matter Opened:  Nov 18, 2009
atter Dept. 01     Finance, Insolvency & Restructuring
rea of Law 190

    YTD Fees Billed            .00          Life-To-Date Fees Billed        5,911.50
    YTD Chgs Billed            .00          Life-To-Date Chgs Billed           .00


                         Billing Attorney 01762      LJW      LJ Weiss

                                     ------------Fee Summary------------

:lient/Matter                            Hours      Matter Value         Other Charges
                                         -----      ------------         -------------
ESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
ASE ADMINISTRATION                       24.50       10,121.00              581.96

                         Interim Fee Balance               .00
                         Unapplied A/R Balance             .00

========================================================================================================================
> > > > TO ACCOUNTING:

        PLEASE BILL AS FOLLOWS:
                                        Amount to be Billed       Amount to be Written-off
                Bill Date    /    /

                    Fees          $ _____      $ _____

                    Other Charges $ _____      $ _____


                Billing Attorney Signature       _____


        DEPARTMENTAL ADMINISTRATOR APPROVAL _____
           (required if total amount of Fees & Charges written-off exceeds $1,000)


        OFFICE OR FIRM MANAGING PARTNER APPROVAL _____
           (also required if write-off exceeds $3,000)

===============================================================================================================================

* * * * * * * **** BILLING ADDRESS * * * * * * * *          * * * * * * * * CLIENT BILLING ADDRESS * * * * * * * *
00050185  LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE      LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
          NUTMEG GROUP, LLC                                       NUTMEG GROUP, LLC
          1 NORTH WACKER DR., SUITE 4400                          1 NORTH WACKER DR., SUITE 4400
          CHICAGO, IL  60606                                      CHICAGO, IL  60606

00050185-000007    CASE ADMINISTRATION


| Index | Timekeeper | Date | Hours | Stat | Matter Value | Task | Activity Description of Services Rendered |
|-------|-----------|------|-------|------|-------------|------|-------------------------------------------|
| 00000 | PHASE CATEGORY | | | | | | |
| 1560137 | 00646 KCD | 12/01/09 | .50 | B | 185.00 | | Draft response to Goulding demand that we produce discovery; advise Goulding that discovery not proper against Receiver. |
| 1560138 | 00646 KCD | 12/01/09 | .30 | B | 111.00 | | Revise/edit motion for contempt. |
| 1560139 | 00646 KCD | 12/01/09 | .70 | B | 259.00 | | Issues/strategy on getting computer back from landlord; draft subpoena for production of things to landlord. |
| 1508222 | 01759 PKJ | 12/01/09 | .30 | B | 126.00 | | Work with Kevin on responding to Goulding's interrogatories to Nutmeg served on Receiver and letter rejecting obligation to answer (.30). |
| 1505187 | 00646 KCD | 12/02/09 | .90 | B | 333.00 | | Finalize motion for contempt against Goulding. |
| 1505192 | 00646 KCD | 12/02/09 | .90 | B | 333.00 | | Review Crowe invoices; draft motion to pay Crowe. |
| 1505196 | 00646 KCD | 12/02/09 | .60 | B | 222.00 | | Review Elijah invoice; draft motion to pay Elijah. |
| 1529740 | 01762 LJW | 12/02/09 | .90 | B | 418.50 | | Attention to Receiver's 2nd Report (0.2); update litigation status for Receiver's Report (0.4); call with D. Thorne on court status (0.3). |
| 1518900 | 00646 KCD | 12/03/09 | 1.20 | B | 444.00 | | Review INVerso offering material; revise and edit cease and desist letter to Goulding. |
| 1518905 | 00646 KCD | 12/03/09 | .40 | B | 148.00 | | Finalize, file Motion for Rule Against Goulding; Motion to Hire Contingency Counsel; Motion to Pay Elijah; Motion to Pay Crowe and Motion to Pay Receiver. |

| | | | | | | |
|---|---|---|---|---|---|---|
| L529753 | 01762 LJW | 12/03/09 | .30 | B | 139.50 | Review R. White's petition, call with R. Moye at the SEC. |
| L529755 | 01762 LJW | 12/04/09 | .30 | B | 139.50 | Call with R. Moye regarding Receiver's report. |
| L529766 | 01762 LJW | 12/06/09 | .80 | B | 372.00 | Work on Receiver's Second Report. |
| L585400 | 00646 KCD | 12/07/09 | .40 | B | 148.00 | Finalize, file Receiver's 2d Report. |
| L585408 | 00646 KCD | 12/07/09 | .50 | B | 185.00 | Draft order in accordance with court's ruling for motions on rule and other motions. |
| L585434 | 00646 KCD | 12/07/09 | .10 | B | 37.00 | Make request on Goulding for car insurance. |
| L529773 | 01762 LJW | 12/07/09 | .70 | B | 325.50 | Finalize Receiver's 2nd Report (0.2); call with E. McClendon (0.1); call with R. Moye at SEC (0.3); conference call with D. Thorne on court (0.1). |
| L575310 | 01759 PKJ | 12/08/09 | 1.60 | B | 672.00 | Court on four motions (Acura-Rule to show cause-contingency-counsel retention); review all motions and facts and law to be prepared to argue. |
| L530747 | 01762 LJW | 12/08/09 | 2.20 | B | 1,023.00 | Court appearance. |
| L575358 | 01759 PKJ | 12/09/09 | 2.00 | B | 840.00 | Court on five motions (pay computer, pay Crowe, pay Receiver, retain contingency counsel, rule to show cause). |
| L530756 | 01762 LJW | 12/09/09 | 2.30 | B | 1,069.50 | Court appearance. |
| L578529 | 00646 KCD | 12/11/09 | .30 | B | 111.00 | Multiple calls with State Farm Insurance. |
| L578532 | 00646 KCD | 12/11/09 | .20 | B | 74.00 | Draft letter to State Farm. |
| L575437 | 01759 PKJ | 12/11/09 | .30 | B | 126.00 | Review and edit third letter to investors and finalize. |
| L575439 | 01759 PKJ | 12/11/09 | .20 | B | 84.00 | Review emails from Goulding on investor letter. |
| L573862 | 00646 KCD | 12/14/09 | .40 | B | 148.00 | Analyze motion to for rule to show cause filed by SEC; review of motion to compel filed by Goulding. |
| .556141 | 00672 DLT | 12/14/09 | .60 | B | 279.00 | Telephone conference with R. Moye concerning filings and coordinate filing. |
| .560152 | 00646 KCD | 12/16/09 | .80 | B | 296.00 | Prepare for, attend hearing on motion to sell car. |
| .547107 | 01762 LJW | 12/16/09 | .10 | B | 46.50 | Call with Lt. Ralph Grazia (0.1). |
| .557701 | 00646 KCD | 12/17/09 | 2.90 | B | 1,073.00 | Prepare for and attend court hearing on Motion |

| Index | Timekeeper | Date | Stat | | Amount | | Description |
|-------|-----------|------|------|--|--------|--|-------------|
| | | | | | | | to Compel Receiver for Discovery, SEC Rule to Show Cause, 2d Fee Application and Motion to Compel SEC Discovery. |
| 1574577 | 00672 DLT | 12/22/09 | .30 | B | 139.50 | | Confer with L. Weiss and T. Paries concerning state court litigation. |
| 1548405 | 01762 LJW | 12/22/09 | .30 | B | 139.50 | | Discuss subpoenas with R. Moye; discuss INverso motion. |
| 1585540 | 00646 KCD | 12/23/09 | .20 | B | 74.00 | | Advise Receiver on discovery and scope of receiver order issues. |

```
                                 ===========      ==============
00000 ** Phase Total **             24.50          10,121.00    MISCELLANEOUS

                                 ===========      ==============
Total Fees                          24.50          10,121.00
                                                      333.00    Time Entries Excluded Because of Date Range
                                                 ==============
                                                   10,454.00    Total Time Value in Work in Progress
```

Other Charges:

| Index | Timekeeper | Date | Stat | Code | Quant | Amount | Description | Check # |
|-------|-----------|------|------|------|-------|--------|-------------|---------|
| )20542043 | 01762 LJW | 12/07/09 | B | 015 | 00001 | 38.16 | Courier Service - US Messenger & Logistics, Inc. from Law Offices of Diambri  - #2511-6754 | 172332 |
| )20524540 | 01759 PKJ | 12/10/09 | B | 033 | 00001 | 338.80 | Fee For Transcript of Proceeding-  Alexandra Roth CSR, Ltd. 12/10/09 PKJ | 22311 |
| )20528347 | 00646 KCD | 12/11/09 | B | 099 | 00001 | 175.00 | Other/Misc. Charges -  Kevin C. Driscoll  - Tow Charge for Acura | 079360 |
| )20527113 | 07046 07046 | 12/14/09 | B | 002 | 00001 | 10.00 | Messenger Courier Service | |
| )20527117 | 07039 07039 | 12/14/09 | B | 002 | 00001 | 10.00 | Messenger Courier Service | |
| )20536189 | 07046 07046 | 12/21/09 | B | 002 | 00001 | 10.00 | Messenger Courier Service | |

```
                                                 -----------
Total Other Charges                                581.96
                                                   109.20    Other Charges Excluded Because of Date Range
                                                 -----------
                                                   691.16    Total Other Charges
```

LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE

=========================================================================================================================

## Time Code Summary

| | | | | Matter Value by Code |
|---|---|---|---|---|
| | | | | =================== |
| Activity | Task | Phase | | Activity Task  Phase |
| ======== | ==== | ===== | | ======== ==== ===== |
| | | | | .00 |
| | | | | .00 |
| | 00000 | MISCELLANEOUS | | 10,121.00 |
| | | | | 10,121.00 |

## Time Summary By Timekeeper

| Timekeeper | | Hours | Standard Value | Matter Value | $/Hr | Last WIP Date |
|---|---|---|---|---|---|---|
| 00646 KCD | K. Driscoll | 11.30 | 4,576.50 | 4,181.00 | 370.00 | 12/23/09 |
| 00672 DLT | D. Thorne | .90 | 459.00 | 418.50 | 465.00 | 12/22/09 |
| 01759 PKJ | PK Jacobi | 4.40 | 2,046.00 | 1,848.00 | 420.00 | 12/11/09 |
| 01762 LJW | LJ Weiss | 7.90 | 4,029.00 | 3,673.50 | 465.00 | 12/22/09 |
| Grand Total Fees | | 24.50 | 11,110.50 | 10,121.00 | 413.10 | |
| Grand Total Other Charges | | | 581.96 | 581.96 | | |
| | | | 11,692.46 | 10,702.96 | | |

## Summary of Other Charges

| Code | Description | Amount |
|---|---|---|
| 002 | Messenger Courier Service | 30.00 |
| 015 | Courier Service | 38.16 |
| 033 | Charge For Transcripts | 338.80 |
| 099 | Other/Misc. Charges | 175.00 |
| | Total Other Charges: | 581.96 |

## WIP Aging

| Aged Unbilled Time & Charges as of  01/13/10 | 0 - 30 | 31 - 60 | 61 - 90 | 91 -120 | 120+ |
|---|---|---|---|---|---|
| Hours Worked | 5.60 | 18.90 | .00 | .00 | .00 |
| Matter Value | 2,195.50 | 7,925.50 | .00 | .00 | .00 |
| Other Charges | 30.00 | 551.96 | .00 | .00 | .00 |

=================================================================================================================================

## Accounts Receivable Aging

|                    | 0 - 30    | 31 - 60 | 61 - 90 | 91 - 120 | 120 + | Total    |
|--------------------|-----------|---------|---------|----------|-------|----------|
| ʒed A/R Fees & Chgs | 5,911.50  | .00     | .00     | .00      | .00   | 5,911.50 |

## Outstanding Invoices

| Invoice Number | Invoice Date | Fees Billed | Other Chgs Billed | Amount Received | Amount Written Off | Invoice Balance |
|----------------|--------------|-------------|-------------------|-----------------|--------------------|-----------------|
| 001289951      | 12/31/09     | 5,911.50    | .00               | .00             | .00                | 5,911.50        |
|                |              | 5,911.50    | .00               | .00             | .00                | 5,911.50        |

Total Amount Outstanding    5,911.50
Less Unallocated Cash          .00
-----------------
Balance Due                 5,911.50

## Trust Accounting Summary

| Matter          | Reference | Date | Deposits | Disbursements | Balance |
|-----------------|-----------|------|----------|---------------|---------|
| 00050185-000007 |           |      |          |               |         |

.00   as of 12/31/09

================================================================================================================

Time Start: 01/01/00              Time End: 12/31/09

Chgs Start: 01/01/00              Chgs End: 12/31/09

Matter Rate Code:        1  = 2010 Discounted Rate

*** RATE EXCEPTIONS: ***
**************************************************************************************

**************************************************************************************

SHARED BILLING AND/OR ORIGINATING CREDIT:    (Multi-Timekeeper)
Shared Billing-
Timekeeper    Name                                          Percent        Effective Date

01762       Weiss, Leslie J.                                100.00%        11/01/2009
Shared Originating-
Timekeeper    Name                                          Percent        Effective Date

01762       Weiss, Leslie J.                                100.00%        11/01/2009

                    Time Detail   - TK Summary   - CoverPage - Cost Detail/Sum - Year/LTD
Matter Whitehill UDFs: Tdetail10     -            -    Y       - CostSum1          -

                    Name/JointID  - Matter Hrs    - Former Template - Bill Format   - Division for Bill - Do Not Bill PRC
Client Whitehill UDFs:               -            -                  -               -                   -
Matter UDF- Client Assigned Number

## Account Overview
Wed, 27 Jan 2010 4:22:09 pm EST

## Account
46250786 (NUTMEG PATRIOT FUND, LLP)

**U.S. Markets are Closed**

### Account Summary

| Name | Number | Trade Date Balance | Market Value of Securities | Money Market Funds | Total Account Value |
|------|--------|--------------------|----------------------------|--------------------|---------------------|
| | 53667015 | $ 0.00 | $ 0.00 | $ 65.03 | $ 65.03 |
| | 62783062 | $ 0.00 | $ 0.00 | $ 4,827.76 | $ 4,827.76 |
| | 73927604 | $ 0.00 | $ 211,807.91 | $ 75,684.43 | $ 287,492.34 |
| NUTMEG PATRIOT FUND, LLP | 45250786 | $ 0.00 | $ 0.00 | $ 1,610.63 | $ 1,610.63 |
| Total | | $ 0.00 | $ 211,807.91 | $ 82,187.85 | $ 293,995.76 |

**Last Login: Wed Jan 27 15:17:48 CST 2010**

There is no activity in your current account.

### Rep Information

| Name / ID | HENRY HOPKINS HOUSTON III / W111 |
|-----------|----------------------------------|
| Phone | 3108439300 |
| Email | |
| Address | 1900 AVE OF THE STARS, STE 310 LOS ANGELES, CA 90067 |

### Market Indices

| Index | Last | Change |
|-------|------|--------|
| DJ INDUSTR AVERAGE | 10236.69 | +42.4 |
| NYSE COMPOSITE | 7035.41 | +7.09 |
| AMEX MAJOR MARKET INDEX | 1139.47 | +8.79 |
| NASDAQ COMPOSITE | 2221.41 | +17.68 |
| S&P 500 | 1097.50 | +5.33 |
| S&P IND 100 ST | 505.54 | +2.9 |

### Money Assets



- Money Market (27.96%)
- Market Value (72.04%)

### Security Assets



- Equities (100.00%)

Copyright © 2004-2006 WestPark Capital, Inc. All Rights Reserved.
Business Disruption Plan

Quote data provided by Automated Financial Systems Corp.
NYSE and AMEX quotes are delayed by at least 20 minutes. All other quotes are delayed by at least 15 minutes.

You can download the latest compatible browsers here.