UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) | |
| Plaintiff, | ) ) | Case No. 09-CV-1775 |
| v. | ) ) | Judge William J. Hibbler |
| THE NUTMEG GROUP, LLC, RANDALL GOULDING, DAVID GOLDING, | ) ) ) ) | Magistrate Judge Ashman |
| Defendants, | ) ) | |
| DAVID GOULDING, INC., DAVID SAMUEL, LLC, FINANCIAL ALCHEMY, LLC, PHILLY FINANCIAL, LLC, SAM WAYNE, and ERIC IRRGANG, | ) ) ) ) ) | |
| Relief Defendants. | ) | |

## NOTICE OF MOTION

*TO: See Attached Service List*

PLEASE TAKE NOTICE that on April 28, 2010 at 9:30 a.m., or soon thereafter as counsel may be heard, we shall appear at the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, before the Honorable William J. Hibbler in courtroom 1225 and then and there present *Receiver's Motion for A Rule to Show Cause Against Randall Goulding*, a copy of which is attached and served upon you.

Dated: April 9, 2010

1

          Respectfully submitted,

          Leslie J. Weiss, Temporary
          Receiver for The Nutmeg Group, LLP

        By: /s/ Kevin C. Driscoll, Jr.
          One of her attorneys

Deborah L. Thorne (ARDC # 6186482)
Paula K. Jacobi (ARDC # 1311247)
Kevin C. Driscoll, Jr. (ARDC # 6272159)
BARNES & THORNBURG LLP
1 North Wacker Drive, Suite 4400
Chicago, Illinois 60606
(312) 357-1313

## CERTIFICATE OF SERVICE

  The undersigned hereby states that the above motions were served on all parties of record, as indicated below, via this Court's ECF filing system on April 9, 2010:

Andrew Charles Shoenthal  shoenthala@sec.gov

Daryl M. Schumacher  dschumacher@ksblegal.com

Deborah L. Thorne  dthorne@btlaw.com

James L. Kopecky  jkopecky@ksblegal.com

Karla R. Pascarella  kpascarella@beclaw.com

Kevin Charles Driscoll , Jr  kevin.driscoll@btlaw.com

Paula K. Jacobi  pjacobi@btlaw.com, smichaels@btlaw.com

Randall Goulding  rsg@gouldinglaw.com

Robert MacDonald Moye  moyeR@sec.gov

Steven B. Nagler  sbnlaw@comcast.net, sbnlaw@comcast.net

          /s/ Kevin C. Driscoll, Jr.

CHDS01 KCD 594597v1