**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) | |
| Plaintiff, | ) ) | Case No. 09-CV-1775 |
| v. | ) ) | Judge William J. Hibbler |
| THE NUTMEG GROUP, LLC, RANDALL GOULDING, DAVID GOLDING, | ) ) ) | Magistrate Judge Ashman |
| Defendants, | ) ) | |
| DAVID GOULDING, INC., DAVID SAMUEL, LLC, FINANCIAL ALCHEMY, LLC, PHILLY FINANCIAL, LLC, SAM WAYNE, and ERIC IRRGANG, | ) ) ) ) ) | |
| Relief Defendants. | ) | |

**RECEIVER'S AGREED MOTION TO EXTEND BRIEFING SCHEDULE ON MOTION FOR RULE TO SHOW CAUSE (DOCKET 180)**

In light of progress made on the issues raised in her Motion for Rule to Show Cause (the "Motion"; Docket 180), Leslie J. Weiss, not individually, but as court-appointed Receiver (the "Receiver") asks for an order extending the briefing schedule on the Motion set by the Minute Order (Docket 188) such that any Response would be due by June 7, 2010 with the Reply due by June 14, 2010. The status date of June 10, 2010 could be preserved if so desired by the Court for the parties to be report on status of resolution of the Motion or as needed for other matters in this case, or, alternatively, continued to another date. The Receiver states that Counsel for Randall Goulding, David Goulding and the SEC have agreed to the relief sought by this motion.

Dated: May 25, 2010

    Respectfully submitted,

    Leslie J. Weiss, Temporary
    Receiver for The Nutmeg Group, LLP

    By: /s/ Kevin C. Driscoll, Jr.
        One of her attorneys

Deborah L. Thorne (ARDC # 6186482)
Kevin C. Driscoll, Jr. (ARDC # 6272159)
BARNES & THORNBURG LLP
1 North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Tel: (312) 357-1313
Fax: (312) 759-5646