**Driscoll, Kevin**

**From:** Driscoll, Kevin
**Sent:** Tuesday, June 22, 2010 5:48 PM
**To:** Jaszczuk, Martin W.
**Subject:** FW: Goulding - Motion for Rule to Show Cauase

Martin -

As I indicated before, we do need guidance from Mr. Goulding on getting checks/deposit slips showing the money moving from Randall to Nutmeg. Nothing yet provided shows that Randall's personal funds were used on the Wilbur deals other than the existence of a mortgage and Randall's letter.

There were at least 5 Wilbur deals and Randall's letter addressed only a portion of the first investment in one of them. Where is the rest of the information?

Also, we would need assistance in directing us to the email showing that the amendment to the partnership agreement was approved.

Those are the only issues on the rule.

Kevin C. Driscoll, Jr.
(312) 214-8322 Direct
(312) 961-4569 Wireless
kdriscoll@btlaw.com

---

**From:** Jaszczuk, Martin W. [mailto:MJaszczuk@lockelord.com]
**Sent:** Tuesday, June 22, 2010 2:14 PM
**To:** Driscoll, Kevin
**Cc:** jkopecky@ksblegal.com; Wolper, Alan
**Subject:** Goulding - Motion for Rule to Show Cauase
**Importance:** High

Kevin,

I have not heard from you, so I'm assuming that you will not be withdrawing your Motion for a Rule to Show Cause against Randall. That is regrettable. We feel that Randall has fully complied with all the issues set out in Leslie's Motion and it's unfortunate that we will now have to get Judge Hibbler involved in an issue that I thought we could resolve without encroaching on his time. Nevertheless, we will get started on the Response and will file it on Friday.

Martin


Martin W. Jaszczuk
Locke Lord Bissell & Liddell LLP
111 S. Wacker Drive
Chicago, IL 60606-4410
(312) 443-0610 Direct
(312) 896-6610 Fax
mjaszczuk@lockelord.com
www.lockelord.com

Atlanta | Austin | Chicago | Dallas | Houston | London | Los Angeles | New Orleans | New York | Sacramento | San Francisco | Washington DC


IRS Circular 230 Disclosure: United States Treasury Regulations provide that a taxpayer may rely only on formal written advice meeting specific requir
IMPORTANT/CONFIDENTIAL: This message from the law firm of Locke Lord Bissell & Liddell LLP is privileged, confidential and exempt from disclosure unde



EXHIBIT A

8/5/2010