**The Nutmeg Group, LLC**
**Analysis of Morgan Wilber Deals**
**2005-2006**

| Company | Investment Amount | Gross Proceeds | Profit / (Loss) | Nutmeg/RSG Portion | Wilber Portion |
|---|---|---|---|---|---|
| DMTN | 50,000 | 55,830 | 5,830 | 3,498 | 2,332 |
| AOTL | 241,619 | 402,577 | 160,958 | 96,575 | 64,383 |
| BDGR | 303,500 | 501,030 | 197,530 | 118,518 | 79,012 |
| Grifco | 1,190,860 | 3,194,978 | 2,004,118 | 1,202,471 | 801,647 |
| Snap & Sold | 1,204,068 | 178,067 | (1,026,001) | (615,601) | (410,400) |
| SPRL | 135,416 | 374,427 | 239,011 | 143,407 | 95,604 |
| Spooz | 152,544 | 170,564 | 18,020 | 10,812 | 7,208 |
|  | **3,278,007** | **4,877,473** | **1,599,466** | **959,680** | **639,786** |

**1099's**

| | |
|---|---|
| Nutmeg 2005 | 343,604 |
| Philly 2005 | 80,000 |
| Nutmeg 2006 | 210,000 |
| | **633,604** |

**Actual payments to Morgan**

| Date | Amount | Source |
|---|---|---|
| 3/2/2005 | 30,000 | From Nutmeg Group |
| 3/22/2005 | 35,000 | From Nutmeg Group |
| 5/4/2005 | 30,604 | From Nutmeg Group |
| 6/15/2005 | 16,000 | From Nutmeg Group |
| 6/29/2005 | 30,000 | From Nutmeg Group |
| 8/3/2005 | 25,000 | From Nutmeg Group |
| 8/30/2005 | 45,000 | From Nutmeg Group |
| 9/15/2005 | 80,000 | From Philly Financial |
| 11/4/2005 | 75,000 | From Nutmeg Group |
| 12/9/2005 | 30,000 | From Nutmeg Group |
| 12/16/2005 | 30,000 | From Nutmeg Group |
| 1/6/2006 | 20,000 | From Nutmeg Group |
| 3/3/2006 | 65,000 | From Nutmeg Group |
| 6/26/2006 | 125,000 | From Nutmeg Group |
| | **636,604** | |



EXHIBIT B