## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Securities And Exchange Commission

                           Plaintiff,

v.                                                   Case No.: 1:09–cv–01775
                                                   Honorable William J. Hibbler

The Nutmeg Group, LLC, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 18, 2010:

      MINUTE entry before Honorable William J. Hibbler: Status hearing held on 8/18/2010 and continued to 10/13/2010 at 9:30 AM. Defendant Randall Goulding's oral request to file a 5 page sur–reply is denied. Receiver's Nineth Interim Fee Application [216] is granted in the amount of $22,869.50 and costs of $1,489.50. Receiver's Tenth Interim Fee Application [217] is granted in the amount of $16,056.50 and costs of $474.43. The Court approves the Receiver's Fifth and Sixth Interim Report. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.