# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Securities And Exchange Commission

                Plaintiff,

v.                                            Case No.: 1:09–cv–01775
                                            Honorable William J. Hibbler

The Nutmeg Group, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 12, 2010:

      MINUTE entry before Honorable William J. Hibbler: Status hearing held on 10/12/2010 and continued to 11/17/10 at 10:30 a.m. Motion hearing held on 10/12/2010 regarding motion for rule to show cause, [180], motion for miscellaneous relief [244], motion to quash [237], motion to quash[235], motion for miscellaneous relief [243], motion for leave to file [234]. Receiver's Motion for RULE to show cause [180] is dismissed for the reasons stated in open court. Motion for leave to file [234] is moot. Motion to quash [235] is granted. Receiver's Motion to quash [237] is granted. Receiver's Eleventh Motion for interim payment [243] is granted. Receiver's Twelfth Motion for interim payment [244] is granted. In court notice (wp)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.