EXHIBIT
tabbies
A

00050185-000007 Proforma 2748311 on 10/12/2011          Attorney:01762 - LJ Weiss          Page 1 (1)
LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
CASE ADMINISTRATION

Billing Address:          Last Bill Date: 09/14/2011
LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
NUTMEG GROUP, LLC
1 NORTH WACKER DR., SUITE 4400
CHICAGO, IL 60606

                    Fees Billed  /  Other Charges
Year-To-Date:       58,100.50         1,243.43
Life-To-Date:      237,261.50         7,229.17

Matter Rate Code 1: 2011 Discounted Rate

Joint Group ID:

Unpaid Retainer Invoices         .00
Cash Available To Apply          .00
Trust Balance                    .00
Outstanding A/R            29,190.12

Fees & Other Charges Through: 09/30/11

| AUTHORIZATION    Bill Date:   /   /                    |
| Hours:    2.80    Fees:       /                        |
| ( ) Bill Full amount      $935.50  /    Other Charges: |
| ( ) Bill amounts as edited          /      $4.69       |
|                                                        |
| Write offs: Fees $ _____  Other Charges $ _____      |
| Bill Atty Signature X                                  |
| Dept. Admin. Approval:                                 |
|     (Required if W/O exceeds $1,000)                   |
| OMP or FMP Approval:                                   |
|     (Required if W/O exceeds $3,000)                   |
|          TRUST MONEY REQUISITION                       |
| Attorney is authorizing application of trust money     |
| $ _____ AMOUNT       _____ SIGNATURE                 |

Fee Summary By Timekeeper
| Timekeeper |  | Hours | Preferred Value | Matter Value | $/Hour | Last WIP Date |
|---|---|---|---|---|---|---|
| 00646 KCD | K. Driscoll | .40 | 174.00 | 158.00 | 395.00 | 09/07/11 |
| 01762 LJW | LJ Weiss | .70 | 385.00 | 339.50 | 485.00 | 09/07/11 |
| 01769 CMH | CM Hendzel | 1.30 | 66.00 | 60.00 | 200.00 | 09/21/11 |
| 01951 PTM | P. Musser | 1.40 | 413.00 | 378.00 | 270.00 | 09/08/11 |
|  | Grand Total Fees | 2.80 | 1,038.00 | 935.50 |  |  |

Other Charges Summary
| Code | Description | Amount |
|---|---|---|
| 004 | Copying Charges | .45 |
| 168 | Pacer Court Filing System Charges | 4.24 |
|  | Grand Total Other Charges | 4.69 |

Rate Exceptions

```
00050185-000007  Proforma 2748311  on 10/12/2011          Attorney:01762 - LJ Weiss                    Page  2 (2)
LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
CASE ADMINISTRATION
```

## Fee Details

| Index | Timekeeper | Date | Hours | Stat | Matter Value | Task | Activity | Description of Services Rendered |
|-------|-----------|------|-------|------|-------------|------|----------|----------------------------------|
| 00000 | PHASE CATEGORY | | | | | | | |
| 23177003 | 01762 LJW | 09/06/11 | .50 | B | 242.50 | | | Discussion with SEC; review files for credit and other records. |
| 23175551 | 00646 KCD | 09/07/11 | .40 | B | 158.00 | | | Brief review of Goulding's reply brief on the Barton Doctrine issue. |
| 23177016 | 01762 LJW | 09/07/11 | .20 | B | 97.00 | | | Review pleading. |
| 23176025 | 01951 PTM | 09/07/11 | .20 | B | 54.00 | | | Review file for hearing on motion for default judgment. |
| 23177019 | 01951 PTM | 09/08/11 | 1.20 | B | 324.00 | | | Attend hearing on motion for default judgment. |
| 23193059 | 01769 CMH | 09/21/11 | .30 | B | 60.00 | | | Prepared Illinois annual report for The Nutmeg Group, LLC. |

```
                            ==========    ==========
00000 ** Phase Total **         2.80          935.50
                            ==========    ==========
Total Fees                      2.80          935.50
                                              513.50   MISCELLANEOUS
                                          ==========
                                            1,449.00   Time entries excluded because of date range
                                                       Total Matter Value - WIP
```

## Other Charges Details

| Index | Timekeeper | Date | Stat | Code | Quant | Amount | Description | Check # |
|-------|-----------|------|------|------|-------|--------|-------------|---------|
| 020865247 | 01951 PTM | 08/31/11 | B | 168 | 00001 | 4.24 | Pacer Court Filing System Charges - Charges 08/01/11 thru 08/31/11 | |
| | | | | 004 | 00003 | .45 | Copying Charges | |

```
                                                  -------
                                                    4.69   Other Charges Excluded Because of Date Range
                                                    3.75
                                                  -------
Total Other Charges                                 8.44   Total Other Charges
```

```
                              ** Time Code Summary **         Matter Value by Code

 Activity   Task   Phase                          Activity      Task        Phase

                                                      .00
                                                                             .00
           MISCELLANEOUS                                                  935.50
 00000                                                                 ----------
                                                                         935.50
```

```
00050185-000007   Proforma 2748311    on 10/12/2011          Attorney:01762 - LJ Weiss                    Page 3 (3)
LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
CASE ADMINISTRATION
```

```
                  ** SHARED BILLING AND/OR ORIGINATING CREDIT (Multi-Timekeeper) **

Shared Billing-
 Timekeeper  Name                              Percent             Effective Date
 01762    Weiss, Leslie J.                     100.00%             11/01/2009
Shared Originating-
 Timekeeper  Name                              Percent             Effective Date
 01762    Weiss, Leslie J.                     100.00%             11/01/2009
```

```
                              ** Accounts Receivable Aging **

                       0 - 30      31 - 60     61 - 90      91 - 120    120 +           Total
Aged A/R Fees & Chgs  4,282.05    4,790.71   17,253.67 *  2,855.89      7.80         29,190.12
```

```
***********************************************************************************************

*** For Accounting Use:

Matter Rate Code 1: 2011 Discounted Rate
Arrangement: Hourly Fees            Date Matter Opened: Nov 18, 2009
Proforma Template: p1               SuperBill Formats: Single-WS / Joint-WJ

MATTER WHITEHILL UDFS:              CLIENT WHITEHILL UDFS:
Time Detail:  Tdetail10             Division for Bill:
Timekeeper/Summary:                 WH Joint Format:
Cover Page:        Y                Name or Joint ID:
Cost Detail/Summary: CostSum1
Year/Life-to-Date:

Matter-Client Assigned No:
```

0050185-000007  Proforma 2797602    on 01/24/2012          Attorney:01762 - LJ Weiss          Page 5 (1)
LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
CASE ADMINISTRATION

Billing Address:                          Last Bill Date: 10/06/2011
LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
NUTMEG GROUP, LLC
1 NORTH WACKER DR., SUITE 4400
CHICAGO, IL 60606

                    Fees Billed  /  Other Charges
Year-To-Date:           .00              .00
Life-To-Date:       238,197.00       7,233.86

Matter Rate Code 1: 2012 Discounted Rate

Joint Group ID:

Unpaid Retainer Invoices            .00
Cash Available To Apply             .00
Trust Balance                       .00
Outstanding A/R                30,130.31

Fees & Other Charges Through: 12/31/11

Fee Summary By Timekeeper                          Preferred
  Timekeeper                          Hours          Value
00646 KCD   K. Driscoll                9.50       4,370.00
01762 LJW   LJ Weiss                   4.10       2,275.50
01769 CMH   CM Hendzel                 1.20         276.00
01951 PTM   P. Musser                  3.00         960.00
                                  =========     =========
            Grand Total Fees         17.80       7,881.50

                                           Grand Total Other Charges

Other Charges Summary
  Code   Description

Rate Exceptions

AUTHORIZATION    Bill Date: ____ / ____ / ____

   Hours:   17.80       Fees:   ____ / ____ / ____
( ) Bill Full amount           $7,141.50   /   Other Charges:
                                                  $0.00
( ) Bill amounts as edited     _____ / _____

Write offs: Fees $ _____        Other Charges $ _____

Bill Atty Signature X _____

Dept. Admin. Approval: _____
   (Required if W/O exceeds $1,000)
OMP or FMP Approval: _____
   (Required if W/O exceeds $3,000)

                    TRUST MONEY REQUISITION
Attorney is authorizing application of trust money

$ _____                         _____
   AMOUNT                               SIGNATURE

                    Matter          $/Hour      Last WIP Date
                     Value
                   3,990.00         420.00        12/23/11
                   2,029.50         495.00        12/22/11
                     252.00         210.00        12/29/11
                     870.00         290.00        10/18/11
                  =========
                   7,141.50

                     Amount
                  ============
                       0.00
                  ============

Page 6 (2)

0υ050185-000007  Proforma 2797602  on 01/24/2012        Attorney:01762 - LJ Weiss
LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
CASE ADMINISTRATION

| Fee Detail Index | Timekeeper | Date | Hours | Stat | Matter Value | Task | Activity | Description of Services Rendered |
|---|---|---|---|---|---|---|---|---|
| 00000 | PHASE CATEGORY | | | | | | | |
| 23258492 | 00646 KCD | 10/11/11 | .90 | B | 378.00 | | | Call on derivative action threatened to be filed by investors. |
| 23315431 | 00646 KCD | 10/13/11 | 1.20 | B | 504.00 | | | Work on various filings related to new complaint tendered by Florida counsel. |
| 23267941 | 00646 KCD | 10/18/11 | .30 | B | 126.00 | | | Call on issues relating to new suit filed by investors. |
| 23269026 | 01951 PTM | 10/18/11 | 3.00 | B | 870.00 | | | Prepare for hearing on motion to employ; attention to D. Potts to file appearance; attend hearing on motion to employ; update K. Driscoll and P. Jacobi on events at hearing. |
| 23306171 | 00646 KCD | 10/24/11 | .40 | B | 168.00 | | | Review Order entered by Court denying leave to file defamation claim. |
| 23306179 | 00646 KCD | 10/25/11 | .10 | B | 42.00 | | | Review material from R. Goulding on objections to Berry Law Firm subpoena. |
| 23306193 | 00646 KCD | 10/26/11 | 2.50 | B | 1,050.00 | | | Review putative complaint against Receiver by investors; go over all counts of complaint with Novack attorneys. |
| 23306194 | 00646 KCD | 10/26/11 | .40 | B | 168.00 | | | Review of Novack and Macey invoices. |
| 23330527 | 01762 LJW | 11/01/11 | .80 | B | 396.00 | | | Prepare receiver's report. |
| 23330545 | 01769 CMH | 11/03/11 | .60 | B | 126.00 | | | Worked on 10th interim report. |
| 23386871 | 00646 KCD | 11/15/11 | .60 | B | 252.00 | | | Advise on degistration issues. |
| 23386872 | 00646 KCD | 11/15/11 | .70 | B | 294.00 | | | Attend court hearing. |
| 23433766 | 00646 KCD | 12/02/11 | .40 | B | 168.00 | | | Review/edit response to motion for reconsideration. |
| 23428052 | 00646 KCD | 12/09/11 | .40 | B | 168.00 | | | Prepare NDA for prospective purchasers of estate's remnants. |
| 23419875 | 01762 LJW | 12/09/11 | 1.40 | B | 693.00 | | | Call with T. Miller and R. Parker; organize materials for potential buyer. |
| 23428070 | 00646 KCD | 12/12/11 | .30 | B | 126.00 | | | Work with potential purchaser of assets. |
| 23410280 | 01769 CMH | 12/12/11 | .30 | B | 63.00 | | | Updated list of stock certificates in vault; Telephone call with Mackey McFarlane regarding firm to take penny stocks. |

```
000050185-000007  Proforma 2797602    on 01/24/2012          Attorney:01762 - LJ Weiss                    Page 7 (3)
LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
CASE ADMINISTRATION

23424553   00646 KCD   12/20/11   .10  B   42.00             Follow up with remnant purchaser.
23446027   01762 LJW   12/20/11   .40  B  198.00             Attention to IRS matter; call with A. Lasko.
23430658   00646 KCD   12/22/11   .10  B   42.00             Review letter from RG demanding discovery.
23446040   01762 LJW   12/22/11  1.50  B  742.50             Meet with attorneys from Novack & Macey.
23433794   00646 KCD   12/23/11   .20  B   84.00             Call with SEC over Jackson Morris subpoena.
23433795   00646 KCD   12/23/11   .90  B  378.00             Draft motion to quash Jackson Morris subpoena.
23441975   01769 CMH   12/29/11   .30  B   63.00             Remit payment to the IRS; Updated check
                                                             register.

                           =========  ==========
00000 ** Phase Total **      17.80     7,141.50  MISCELLANEOUS
                           =========  ==========
Total Fees                   17.80     7,141.50  Time entries excluded because of date range

                                          84.00  Total Matter Value - WIP
                                     ==========
                                       7,225.50

Other Charges Details
   Index      Timekeeper        Date    Stat  Code    Quant    Amount   Description                              Check #

                                                                 .00
                                                                1.35    Other Charges Excluded Because of Date Range
                                                               ------
Total Other Charges                                             1.35    Total Other Charges


                  ** Time Code Summary **                              Matter Value by Code

Activity   Task   Phase                                        Activity    Task     Phase
--------   ----   -----                                        --------    ----     -----

                  00000    MISCELLANEOUS                                     .00
                                                                 .00
                                                                        ---------
                                                                         7,141.50
                                                                        ---------
                                                                         7,141.50
```

```
000050185-000007  Proforma 2797602   on 01/24/2012        Attorney:01762 - LJ Weiss                    Page 8 (4)
LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
CASE ADMINISTRATION
```

```
                  **  SHARED BILLING AND/OR ORIGINATING CREDIT: (Multi-Timekeeper) **

Shared Billing-
Timekeeper  Name                               Percent              Effective Date

01762     Weiss, Leslie J.                     100.00%              11/01/2009
Shared Originating-
Timekeeper  Name                               Percent              Effective Date

01762     Weiss, Leslie J.                     100.00%              11/01/2009
```

```
                                      ** Accounts Receivable Aging **

                        0 - 30      31 - 60      61 - 90      91 - 120      120 +          Total
Aged A/R Fees & Chgs      .00          .00          .00      5,222.24    24,908.07      30,130.31
```

```
**************************************************************************************************

*** For Accounting Use:

Matter Rate Code 1: 2012 Discounted Rate      Date Matter Opened: Nov 18, 2009
Arrangement: Hourly Fees                      SuperBill Formats: Single-WS / Joint-WJ
Proforma Template: p1

MATTER WHITEHILL UDFS:                        CLIENT WHITEHILL UDFS:
Time Detail:          Tdetail10               Division for Bill:
Timekeeper/Summary:   Y                       WH Joint Format:
Cover Page:           Y                       Name or Joint ID:
Cost Detail/Summary:  CostSum1
Year/Life-to-Date:

Matter-Client Assigned No:

POVERS: *(IF ANY) *
```

```
00050185-000007   Proforma 2817137      on 03/22/2012      Attorney:01762 - LJ Weiss      Page 1 (1)
LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
CASE ADMINISTRATION

   Billing Address:                   Last Bill Date: 01/30/2012
LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
NUTMEG GROUP, LLC
1 NORTH WACKER DR., SUITE 4400
CHICAGO, IL  60606

                    Fees Billed  /  Other Charges
Year-To-Date:         7,141.50         .00
Life-To-Date:       245,338.50                  7,233.86

Matter Rate Code 1: 2012 Discounted Rate

Joint Group ID:

Unpaid Retainer Invoices           .00
Cash Available To Apply            .00
Trust Balance                      .00
Outstanding A/R               8,095.34
```

```
Fees & Other Charges Through: 02/29/12

Fee Summary By Timekeeper                                    Preferred
   Timekeeper                          Hours        Value
01762 LJW  LJ Weiss                      .70       388.50
01769 CMH  CM Hendzel                   4.90     1,127.00
                                      =======   =========
          Grand Total Fees             5.60     1,515.50
```

```
                       AUTHORIZATION     Bill Date: ___/___/___

                       Hours:     5.60   Fees:              Other Charges:
                   (  )Bill Full amount    $1,375.50  /      $20.40

                   (  )Bill amounts as edited  _____  /  _____


                   Write offs: Fees $ _____   Other Charges $ _____

                   Bill Atty Signature X _____

                   Dept. Admin. Approval: _____
                        (Required if W/O exceeds $1,000)
                   OMP or FMP Approval: _____
                        (Required if W/O exceeds $3,000)

                            TRUST MONEY REQUISITION
                   Attorney is authorizing application of trust money

                   $ _____   _____
                        AMOUNT                SIGNATURE


                   Matter        $/Hour        Last WIP Date
                    Value
                   346.50        495.00        02/29/12
                 1,029.00        210.00        02/29/12
                 =========     ========
                 1,375.50
```

```
Other Charges Summary
   Code   Description                                    Amount
    168   Pacer Court Filing System Charges               20.40
                                                     ===========
          Grand Total Other Charges                      20.40
                                                     ===========

Rate Exceptions
```

00050185-000007   Proforma 2817137   on 03/22/2012                    Attorney:01762 - LJ Weiss                    Page 2 (2)
LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
CASE ADMINISTRATION

| Fee Details Index | Timekeeper | Date | Hours | Stat | Matter Value | Task | Activity | Description of Services Rendered |
|---|---|---|---|---|---|---|---|---|
| 00000 PHASE CATEGORY | | | | | | | | |
| 23477235 | 01769 CMH | 01/09/12 | .50 | B | 105.00 | | | Reviewed notices from the IRS and Pension regarding taxes; Conferred with Leslie Weiss regarding duplicate payment to IRS by Penson; Telephone call with Justin Klin at the IRS regarding refund of overpayment; Emailed check registers to Alan Lasko; Remit payment to Wisconsin Department of Revenue for taxes; Updated check register. |
| 23552381 | 01769 CMH | 02/08/12 | .70 | B | 147.00 | | | Conferred with Leslie Weiss; Research regarding prior names of Gold Coast Mining; Reviewed files regarding promissory notes. |
| 23556026 | 01769 CMH | 02/09/12 | .80 | B | 168.00 | | | Conferred with Leslie Weiss regarding conversion of Gold Coast Mining Corporation promissory notes; Research regarding closing stock prices; Drafted conversion notices. |
| 23556953 | 01769 CMH | 02/13/12 | .60 | B | 126.00 | | | Conferred with Leslie Weiss regarding note conversion and sale of stock (.1); Leave voice mail for Mackey McFarlane at Aegis regarding opening brokerage account to sell stocks valued at under $.10 (.1); Reviewed Hot Web note regarding conversion and revised notice of conversion (.2); Research on internet regarding contact information for Gold Coast Mining Corporation ("GCMC") and left message for Michael Driscoll Hinton at GCMC regarding submitting notice of conversion (.2). |
| 23558298 | 01769 CMH | 02/14/12 | .60 | B | 126.00 | | | Leave message for Marc Lovito at Gold Coast Mining offices; Conferred with Leslie Weiss; Called Pressage Partners phone number (disconnected); Finalized notice of conversion to Marc Lovito/Gold Coast Mining; Sent notice of conversion to Marc Lovito via certified mail/return receipt requested; Sent email to Marc Lovito regarding notice of conversion. |
| 23561524 | 01769 CMH | 02/16/12 | .60 | B | 126.00 | | | Updated Nutmeg spreadsheets regarding assets and expenses. |
| 23583182 | 01762 LJW | 02/22/12 | .20 | B | 99.00 | | | Call with R. Moye - SEC. |
| 23570288 | 01769 CMH | 02/22/12 | .20 | B | 42.00 | | | Conference call with Richard Moi of the SEC and Leslie Weiss regarding assets sold and expenses paid. |
| 23572559 | 01769 CMH | 02/23/12 | .20 | B | 42.00 | | | Sent email to Marc Lovito at Gold Coast Mining; |

Page 3 (3)

```
000050185-000007  Proforma 2817137    on 03/22/2012          Attorney:01762 - LJ Weiss
LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
CASE ADMINISTRATION
```

|          | Timekeeper |          | Date     | Stat | Code | Quant | Amount | Description |
|----------|------------|----------|----------|------|------|-------|--------|-------------|
| 235577782 | 01769 CMH | .50 | 02/27/12 | B | | | 105.00 | Left voice mail messages for Matthew Lovito and Paul Lovito on their cell phone numbers; Left a voice mail message at Gold Coast Mining's offices (Michelle Driscoll Hinton). |
| | | | | | | | | Conference call with Leslie Weiss regarding steps taken to contact Gold Coast Mining Corporation. |
| 235585150 | 01762 LJW | .20 | 02/28/12 | B | | | 99.00 | Call with David Michelson (Micro Pipe). |
| 235608944 | 01762 LJW | .30 | 02/29/12 | B | | | 148.50 | Call with Matthew Lovito (cannot help us); call with contingency attorney. |
| 235585158 | 01769 CMH | .20 | 02/29/12 | B | | | 42.00 | Left voice mail messages at Gold Coast Mining office, on Matthew Lovito's cell and on Paul Lovito's cell asking confirmation of receipt of notice of conversion; Sent email to Marc Lovito requesting confirmation of receipt of notice of conversion. |

```
00000 ** Phase Total **        5.60   =============      1,375.50         MISCELLANEOUS
                               =============
Total Fees                      5.60                     1,375.50

                                                              .00         Time entries excluded because of date range
                                                         =============
                                                           1,375.50       Total Matter Value - WIP
                                                         =============
```

Other Charges Details

| Index | Timekeeper | Date | Stat | Code | Quant | Amount | Description | Check # |
|-------|------------|------|------|------|-------|--------|-------------|---------|
| 020938993 | 00646 KCD | 12/31/11 | B | 168 | 00001 | 20.40 | Pacer Court Filing System Charges - Charges 12/01 - 12/31/11 | |

```
                                              20.40        .00           Other Charges Excluded Because of Date Range
Total Other Charges                           20.40                      Total Other Charges
```

** Time Code Summary **

Matter Value by Code

| | Activity | Task | Phase |
|--|----------|------|-------|
| | | | |
| 00000 | | | .00 |
| MISCELLANEOUS | | | 1,375.50 |
| | | | 1,375.50 |

| Activity | Task | Phase |
|----------|------|-------|
| | | |

```
00050185-000007  Proforma 2817137   on 03/22/2012        Attorney:01762 - LJ Weiss                    Page 4 (4)
LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
CASE ADMINISTRATION

                        ** SHARED BILLING AND/OR ORIGINATING CREDIT (Multi-Timekeeper)**

Shared Billing-
  Timekeeper   Name                              Percent           Effective Date

01762      Weiss, Leslie J.                      100.00%           11/01/2009
Shared Originating-
  Timekeeper   Name                              Percent           Effective Date

01762      Weiss, Leslie J.                      100.00%           11/01/2009

                                    ** Accounts Receivable Aging **
                        0 - 30        31 - 60      61 - 90     91 - 120     120 +        Total
Aged A/R Fees & Chgs      .00       7,141.50        .00         .00        953.84      8,095.34
                     ******************************************************************************

*** For Accounting Use:  ************    Date Matter Opened: Nov 18, 2009
Matter Rate Code 1: 2012 Discounted Rate
Arrangement: Hourly Fees                 SuperBill Formats:  Single-WS / Joint-WJ
Proforma Template: P1

                                            CLIENT WHITEHILL UDFS:
   MATTER WHITEHILL UDFS:              Name or Joint ID:
Time Detail: Tdetail10                 WH Joint Format:
Timekeeper/Summary:                    Division for Bill:
Cover Page:          Y                 Matter Hrs on Bill:
Cost Detail/Summary: CostSum1          Roche- WH heading
Year/Life-to-Date:                     DON'T Print AttyName:
Elec Website:                          Client Reference
FFee Description:                      Rate Attorney:
Matter Reference:                      Special Rate Desc:
Client Assigned:
Client Attorney:
Claim Number:
Claimant Name:
Date of Loss:
Cost Center No:
Division Name:
Division Office:
Division Class:
Line of Business:
Law Firm ID:
Name Insured:
Matter Name:
Occurrence:
Bill Agent MatterID:
Percentage Bill:         DON'T SEND eBillHub:
DON'T Print AttyName:    Patent No:
Application No:
```

```
00050185-000005   Proforma 2797599    on 01/24/2012      Attorney:01762 - LJ Weiss        Page 1 (1)
LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
ASSET ANALYSIS AND RECOVERY
```

```
                         Last Bill Date: 04/12/2011
    Billing Address:
LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
NUTMEG GROUP, LLC
1 NORTH WACKER DR., SUITE 4400
CHICAGO, IL 60606
```

```
                    Fees Billed  /  Other Charges
Year-To-Date:              .00            .00
Life-To-Date:        50,747.00       2,156.35

Matter Rate Code 1: 2012 Discounted Rate

Joint Group ID:

Unpaid Retainer Invoices         .00
Cash Available To Apply          .00
Trust Balance To Apply           .00
Outstanding A/R                  .00
```

```
Fees & Other Charges Through: 12/31/11

Fee Summary By Timekeeper                            Preferred
   Timekeeper                          Hours            Value
00646 KCD   K. Driscoll                 3.40         1,564.00
01759 PKJ   PK Jacobi                   1.00           490.00
01769 CMH   CM Hendzel                  1.20           276.00
01852 TSM   T. McFadden                 2.80         1,078.00
                                     ========       =========
          Grand Total Fees             8.40         3,408.00
                                     ========       =========
```

```
                 AUTHORIZATION        Bill Date: ___/___/___

                 Hours:      8.40    Fees:              Other Charges:
        ( ) Bill Full amount          $3,105.00   /        $0.00
        ( ) Bill amounts as edited  _____  /  _____

Write offs: Fees $_____           Other Charges $_____

Bill Atty Signature X_____

Dept. Admin. Approval: _____
          (Required if W/O exceeds  $1,000)
OMP or FMP Approval: _____
          (Required if W/O exceeds  $3,000)

                TRUST MONEY REQUISITION
Attorney is authorizing application of trust money

    $_____                      _____
         AMOUNT                       SIGNATURE
```

```
                                    Matter
                                     Value       $/Hour     Last WIP Date
                                   1,428.00       420.00       11/16/11
                                     445.00       445.00       10/27/11
                                     252.00       210.00       11/01/11
                                     980.00       350.00       10/27/11
                                   =========
                                   3,105.00
                                   =========
```

```
                                            Amount
          Grand Total Other Charges
                                          ===========
                                               0.00
                                          ===========
Other Charges Summary
     Code   Description
     _____


Rate Exceptions
     _____
```

00050185-000005   Proforma 2797599   on 01/24/2012                                   Attorney:01762 - LJ Weiss                              Page 2 (2)
LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
ASSET ANALYSIS AND RECOVERY

| Fee Details Index | Timekeeper | Date | Hours | Stat | Matter Value | Task | Activity | Description of Services Rendered |
|---|---|---|---|---|---|---|---|---|
| 00000 | PHASE CATEGORY | | | | | | | |
| 23292501 | 00646 KCD | 10/27/11 | 2.20 | B | 924.00 | | | Calls and emails with multiple parties in efforts to garner interest to sell remaining judgments and note obligations in a remnant sale. |
| 23316337 | 01759 PKJ | 10/27/11 | 1.00 | B | 445.00 | | | Motion for Rule 11 finding, review, research, try to assess how to handle. |
| 23284441 | 01769 CMH | 10/27/11 | 1.10 | B | 231.00 | | | Reviewed current original stock certificates (.2); Research regarding sale of stock and prices (.6); Telephone call with Mackey McFarlane regarding sale of stock (.2); Conferred with Leslie Weiss (.1); |
| 23301504 | 01852 TSM | 10/27/11 | 2.80 | B | 980.00 | | | Analyzed Defendants' Motion to Alter or Amend Judgment; researched and analyzed Securities and Exchange Act provisions regarding "private actions" meaning of "final adjudication" and whether order of dismissal qualifies as both; researched whether a receiver has judicial immunity from sanctions, and is a quasi-governmental officer of the court immune from sanctions; confer with Jacobi regarding motion to alter/amend judgment; analyzed Second Amended Complaint and Response to Motion to Dismiss in conjunction with analyzing Defendants' Motion to Alter or Amend Judgment; researched Receiver's rights under Title 28. |
| 23330537 | 01769 CMH | 11/01/11 | .10 | B | 21.00 | | | Telephone call with Mackey McFarlane regarding selling certain shares of stock. |
| 23386879 | 00646 KCD | 11/16/11 | 1.20 | B | 504.00 | | | Meet with Joel Dryer about sale of remnant assets to his fund; exchange email with B. Steck about same and selling remants to his hedge fund. |

|  |  |  | ======== |  | ======== |  |  | MISCELLANEOUS |
| 00000 ** Phase Total ** | | | 8.40 | | 3,105.00 | | | |
| Total Fees | | | 8.40 | | 3,105.00 | | | Time entries excluded because of date range |
|  |  |  | ======== |  | .00 |  |  | |
|  |  |  |  |  | ======== |  |  | Total Matter Value - WIP |
|  |  |  |  |  | 3,105.00 |  |  | |

Other Charges Details
| Index | Timekeeper | Date | Stat | Code | Quant | Amount | Description | Check # |
|---|---|---|---|---|---|---|---|---|

00050185-000005   Proforma 2797599   on 01/24/2012          Attorney:01762 - LJ Weiss                                          Page 3 (3)
LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
ASSET ANALYSIS AND RECOVERY

Total Other Charges

                                                          .00
                                                          .00   Other Charges Excluded Because of Date Range
                                                         ___
                                                          .00   Total Other Charges

                        ** Time Code Summary **                 Matter Value by Code

                                                          Activity   Task      Phase

Activity   Task   Phase

00000      MISCELLANEOUS                                              .00      3,105.00
                                                          ___                 _____
                                                          .00                  3,105.00

```
000050185-000005  Proforma 2797599   on 01/24/2012         Attorney:01762 - LJ Weiss                    Page 4 (4)
LESLIE J. WEISS, TEMPORARY EQUITY RECEIVER FOR THE
ASSET ANALYSIS AND RECOVERY

                   ** SHARED BILLING AND/OR ORIGINATING CREDIT:(Multi-Timekeeper)**

Shared Billing-
  Timekeeper  Name                          Percent        Effective Date

  01762   Weiss, Leslie J.                   100.00%        11/01/2009
Shared Originating-
  Timekeeper  Name                          Percent        Effective Date

  01762   Weiss, Leslie J.                   100.00%        11/01/2009


                            ** Accounts Receivable Aging **

                   0 - 30       31 - 60       61 - 90       91 - 120       120 +          Total
Aged A/R Fees & Chgs   .00          .00          .00          .00          .00            .00

*** For Accounting Use:  ***********************************************************************************

Matter Rate Code 1: 2012 Discounted Rate      Date Matter Opened: Nov 18, 2009
Arrangement: Hourly Fees                       SuperBill Formats:  Single-WS / Joint-WJ
Proforma Template: P1

MATTER WHITEHILL UDFS:                         CLIENT WHITEHILL UDFS:
  Time Detail:  Tdetail10                        Division for Bill:
  Timekeeper/Summary:                            WH Joint Format:
  Cover Page:   Y                                Name or Joint ID:
  Cost Detail/Summary: CostSum1
  Year/Life-to-Date:

Matter-Client Assigned No:

POVERS: *(IF ANY)*
```

 **AEGIS CAPITAL CORP.**

**Investor**
Account Balances
Account Positions
Account History
Portfolios
Realized Gains/Losses
E-Documents

**Trading**
Open Orders
Today's Activity

**Markets**
Watch List
Quotes

Logoff
Main Menu
User Settings
Help

Thursday, April 5, 2012 5:15:24 PM EDT
(Last successful login was on
Monday, March 12, 2012 4:21:54 PM EDT )
Quotes are delayed at least 20 minutes

**Quick Quote**  [        ] Go
Symbol Lookup

680

NEW MESSAGES

### Householding Summary

| Account | Cash | Securities | Total Value |
|---|---|---|---|
| 57010099 NUTMEG MERCURY | U$ $37,847.88 | $33,072.67 | $70,920.55 |
| 57010139 NUTMEG/MICHAEL FUND | U$ ($63.65) | $3,036.45 | $2,972.80 |
| 57010140 NUTMEG/IMAGE FUND | U$ $0.00 | $0.00 | $0.00 |
| 57010141 THE NUTMEG GROUP | U$ $9,064.71 | $0.00 | $9,064.71 |
| 57010142 NUTMEG/FORTUNA FUND | U$ $10,782.92 | $0.00 | $10,782.92 |
| 57010143 NUTMEG/PATRIOT FUND | U$ $3,713.33 | $181.45 | $3,894.78 |
| 57010144 NUTMEG/LIGHTNING FUND | U$ ($463.37) | $1,099.94 | $636.57 |
| 57010174 NUTMEG MINI FUND LLLP | U$ $8,561.86 | $1,622.63 | $10,184.49 |
| 57010175 NUTMEG MINI FUND II LLLP | U$ ($147.70) | $2,988.47 | $2,840.77 |
| 57010206 NUTMEG OCTOBER | U$ $2,759.40 | $0.00 | $2,759.40 |
| 57010291 NUTMEG #2 | U$ ($8.00) | $0.00 | ($8.00) |
| **Total Account Value** | | | **$114,048.99** |

**Selected Stocks** *72,047.38*



13,125
13,081
13,068
13,024

11    1    3
as of 4:00pm ET, 4/5/2012

**Market Summary**

| DJIA | ↓ | 13,060.14 | -14.61 |
|---|---|---|---|
| NASDAQ | ↑ | 3,080.50 | +12.41 |

Quotes and other information supplied by independent providers are identified on our partner page.
As your agreement for the receipt and use of market data provides,
the securities markets (1) reserve all rights to the market data that they make available;
(2) do not guarantee that data; and (3) shall not be liable for any loss due to either their
negligence or to any cause beyond their reasonable control.

**My Accounts Page for THE NUTMEG GROUP LLC**                    **Thursday, 05 April 2012**

**My e-mail address:** leslie.weiss-receiver@btlaw.com
If this is incorrect , please log on to chaseonline.chase.com and update it now
**Last logged on : 1:12 PM EST on 02/16/2012**

**Account Summary**

| Business Accounts | Present Balance |
|---|---|

| THE NUTMEG GROUP LLC | Deposit Accounts: | $42,652.80 |
|---|---|---|

| Deposit Accounts | Total balance: $42,652.80 |
|---|---|

**Account**

| COMMERCIAL CHECKING (...7076) | Present balance | $42,652.80 |
|---|---|---|
| | Available balance | $42,652.80 |

JPMorgan Chase Bank, N.A.
Member FDIC
Equal Opportunity Lender

JPMorgan Chase Bank, N.A. strictly prohibits the use of any account to conduct any transactions that are directly or indirectly related to unlawful Internet gambling or any other illegal activity. The customer agrees not to conduct any transactions through the account that directly or indirectly involve or are related to unlawful Internet gambling, including, without limitation, the acceptance or receipt of any funds or deposits in connection therewith.

© 2012 JPMorgan Chase & Co.

**My Accounts Page for NUTMEG/MERCURY FUND LLP**                         **Thursday, 05 April 2012**

**My e-mail address:leslie.weiss-receiver@btlaw.com**
If this is incorrect , please log on to chaseonline.chase.com and update it now
Last logged on : 1:13 PM EST on 02/16/2012

**Account Summary**

| Business Accounts | | Present Balance |
|---|---|---|
| NUTMEG/MERCURY FUND LLP | Deposit Accounts: | $16,343.61 |

| Deposit Accounts | | Total balance: $16,343.61 |
|---|---|---|
| **Account** | | |
| BUSINESSSELECT CHKG (...0662) | Present balance | $16,343.61 |
| | Available balance | $16,343.61 |

JPMorgan Chase Bank, N.A.
Member FDIC
Equal Opportunity Lender

JPMorgan Chase Bank, N.A. strictly prohibits the use of any account to conduct any transactions that are directly or indirectly related to unlawful Internet gambling or any other illegal activity. The customer agrees not to conduct any transactions through the account that directly or indirectly involve or are related to unlawful Internet gambling, including, without limitation, the acceptance or receipt of any funds or deposits in connection therewith.

© 2012 JPMorgan Chase & Co.