**From**: Eric Berry <berrylawpllc@gmail.com>
**To**: Stephen Novack; Timothy J. Miller
**Sent**: Tue Apr 03 08:08:50 2012
**Subject**: Gold Coast

For the record, my clients strongly support the decision to sue Gold Goast, including the receiver's choice of litigation counsel. I skimmed Randall Goulding's filing and I have no interest in acting as an attorney in that lawsuit and am not admitted in either Florida or Massachusetts. You are authorized to say that we fully support the receiver's motion.



EXHIBIT C