
**Global Economics**
G R O U P

# Invoice

140 South Dearborn Street
Suite 400
Chicago, IL 60603
  FEIN: 26-2251389

| Invoice #: | Invoice Date: | Due Date: |
|---|---|---|
| 1878 | 3/30/2012 | 4/29/2012 |

| Contract #: | SECHQ1-10-C-0122 |
|---|---|
| Case Name: | SEC-Nutmeg |
| Account #: | 0624 |
| Bill To: | |

US Securities and Exchange Commission
Office of Financial management (OFM)
ATTN: Angela Dunson
6432 General Green Way, Mail Stop 0-3
Alexandria, VA 22312

| Item No. | Serviced | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1 | 2/14/2012 | P Hickey, Expert<br>Analyzed data and documents | 4 | 350.00 | 1,400.00 |
| 2 | 2/15/2012 | P Hickey, Expert<br>Analyzed data and documents | 4 | 350.00 | 1,400.00 |
| 3 | 2/16/2012 | P Hickey, Expert<br>Analyzed data and documents | 8 | 350.00 | 2,800.00 |
| 4 | 2/17/2012 | P Hickey, Expert<br>Analyzed data and documents | 1 | 350.00 | 350.00 |
| 5 | 2/17/2012 | P Hickey, Expert<br>Deposition by Randall Goulding | 7 | 350.00 | 2,450.00 |

REMIT TO:  Global Economics Group, LLC
140 S Dearborn, Suite 400  Chicago, IL 60603

| **Total** | $8,400.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,400.00 |
| **Customer Balance Total** | $8,322.10 |

| Billing Contact | Phone # | E-mail |
|---|---|---|
| Accounts Receivable | 312-533-4602 | kadrian@globaleconomicsgroup.com |