**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Securities And Exchange Commission, et al.
                              Plaintiff,

v.                                          Case No.: 1:09−cv−01775
                                                      Honorable Jeffrey T. Gilbert

The Nutmeg Group, LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2014:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion hearing held on 8/13/14 on Receiver Leslie Weiss' Twenty−Seventh Interim Fee Application [747]. On or before 8/15/14, the Receiver will file a short memorandum resolving or explaining the discrepancy in the Application concerning the amount of cash on hand in the receivership estate. The Court inquired of the Receiver's counsel concerning some of the matters contained in his time and billing records and was satisfied with counsel's responses. There is no objection to payment of the Receiver's attorneys' fees requested in the Application. The Application [747] is taken under advisement, however, pending receipt of the Receiver's clarification of the amount of cash on hand as referenced above. The Court and the parties discussed the issue raised in the Receiver's Application concerning an unpaid invoice from the Internal Revenue Service. By the close of business on 8/15/14, counsel for the Receiver will deliver to chambers a copy of the order appointing receiver, and any amendments to that order, under cover of a letter copied to all parties of record. Also by the close of business on 8/15/14, Mr. Goulding will deliver to chambers copies of anything on the docket that he views as important to the Courts consideration of the issue relating to the outstanding invoice from the Internal Revenue Service (or identify such materials by docket entry), under cover of a letter copied to all parties of record. The letters and materials delivered to chambers need not be filed via the CM/ECF system. The Receiver shall file her next status report on 2/1/15. If the Court believes it needs a hearing on that status report, it will set a date for such a hearing in a future order. For the reasons stated on the record, Plaintiff SEC's initial Motion for Summary Judgment [696] is withdrawn as moot in light of Plaintiff's subsequent amended filings. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.