UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 09-CV-1775 ) |
| THE NUTMEG GROUP, LLC, RANDALL GOULDING, DAVID GOLDING, | ) Judge Coleman ) ) Magistrate Gilbert ) |
| Defendants, | ) ) |
| DAVID GOULDING, INC., DAVID SAMUEL, LLC, FINANCIAL ALCHEMY, LLC, PHILLY FINANCIAL, LLC, SAM WAYNE, and ERIC IRRGANG, | ) ) ) ) ) |
| Relief Defendants. | |

## RECEIVER'S MOTION TO WRITE-OFF CERTAIN SECURITIES

Leslie J. Weiss, not individually, but as court-appointed Receiver ("Weiss" or the "Receiver") of Defendant, The Nutmeg Group, LLC ("Nutmeg") files this Motion to Write-Off Certain Securities (the "Motion"). In support of the Motion, Receiver states as follows:

1. On August 6, 2009, at the request of the U.S. Securities and Exchange Commission (the "SEC"), this Court entered an Order Appointing Receiver (the "Order") over The Nutmeg Group, LLC (the "Nutmeg") in which the Receiver was appointed as receiver for Nutmeg and its funds (the "Funds"). The Order provided that the Receiver should oversee all aspects of Nutmeg's operations and business which includes, but is not limited to, managing the Funds.

2. Among the various securities held by the Funds are stock in four companies:

Celsia Technologies, World Transport Authority, Image Globe Solutions, Inc., and Facekey Corp Com.

3. Aegis Capital Corporation is the broker for this stock. Aegis advises that it cannot liquidate these holdings since these companies lack transfer agents. Additionally, the Receiver's investigation reveals this stock is worthless. The stock of two (2) of these companies are no longer traded on the OTC markets and the stock of the remaining two (2) companies -- has no trading volume. The Receiver believes that there is no reason to continue to administer these positions and asks for an Order authorizing here to execute the attached letters to write these positions off.

WHEREFORE, Leslie J. Weiss, Temporary Receiver, respectfully requests that the Court enter an order authorizing her to write off the stock holdings in Celsia Technologies, World Transport Authority, Image Globe Solutions, Inc., and Facekey Corp Com. and for such other and further relief as this Court may deem just and proper.

April 2, 2015

        Respectfully submitted,

        Leslie J. Weiss, Temporary
        Receiver for The Nutmeg Group, LLP

        By:   /s/ Kevin C. Driscoll, Jr.
               One of her attorneys

Kevin C. Driscoll, Jr. (ARDC # 6272159)
BARNES & THORNBURG LLP
1 North Wacker Drive, Suite 4400
Chicago, Illinois 60606
(312) 357-1313

# Dollar Write-off Letter for Securities Held at RBC Capital Markets, LLC

*Client Request Form*

Date _____ Name on Account nutmeg mercury fund lllp_____

Account Number 898-00840_____ Share/Unit Amount all_____

Name of Security 7989 celsia technologies (c024315) and 985,000 world transport authority inc (w004692)_____

Ticker Symbol/Security Number/Cusip _____

Please accept this letter as authorization to sell each of the above-referenced security(ies) (alone and collectively, the "Security") for a total value of $1.00. I understand that there currently is little or no market for the Security, and that neither RBC Capital Markets, LLC, ("RBC CM") nor my financial advisor is making any representation or warranty regarding the present or any future value of such Security. I also relinquish ownership of the Security, and agree to hold RBC CM harmless from and against any claim, cause of action, judgment, or lawsuit associated with or arising from the disposition of such Security effected by RBC CM under the terms of this letter.

I further understand and agree that under any custodial retirement plan agreement between RBC CM and me, certain securities held by RBC CM as custodian pursuant to such agreement may not be processed as a $1.00 trade. If such restrictions apply to the Security in my custodial retirement account, I authorize RBC CM to remove such Security from my custodial retirement account for sale by RBC CM. I represent and warrant that I have consulted with my tax advisor or other professional to the extent that I have deemed such consultation necessary. I am aware and understand that upon receipt of an IRA Distribution form the removal from my custodial retirement account of such Security will be reported to the Internal Revenue Service as a taxable distribution from such account, valued at $1.00.

_____     _____
Signature                                                                          Date

_____     _____
Signature                                                                          Date

*NOTE: All required signers for account must sign document. This letter may not be used to sell options or to sell certificated securities unless such securities are registered in the name of RBC CM as custodian.*

RBC Capital Markets, LLC
P.O. Box 1510
Minneapolis, MN 55440
Fax: (866) 458-7741

2311-CAS (03/13)

© 2013 RBC Capital Markets, LLC. All rights reserved.

# Dollar Write-off Letter for Securities Held at RBC Capital Markets, LLC

*Client Request Form*

Date _____ Name on Account nutmeg/image globe lp

Account Number 898-00850 _____ Share/Unit Amount all

Name of Security 898,945 image globe solutions inc

Ticker Symbol/Security Number/Cusip igss

Please accept this letter as authorization to sell each of the above-referenced security(ies) (alone and collectively, the "Security") for a total value of $1.00. I understand that there currently is little or no market for the Security, and that neither RBC Capital Markets, LLC, ("RBC CM") nor my financial advisor is making any representation or warranty regarding the present or any future value of such Security. I also relinquish ownership of the Security, and agree to hold RBC CM harmless from and against any claim, cause of action, judgment, or lawsuit associated with or arising from the disposition of such Security effected by RBC CM under the terms of this letter.

I further understand and agree that under any custodial retirement plan agreement between RBC CM and me, certain securities held by RBC CM as custodian pursuant to such agreement may not be processed as a $1.00 trade. If such restrictions apply to the Security in my custodial retirement account, I authorize RBC CM to remove such Security from my custodial retirement account for sale by RBC CM. I represent and warrant that I have consulted with my tax advisor or other professional to the extent that I have deemed such consultation necessary. I am aware and understand that upon receipt of an IRA Distribution form the removal from my custodial retirement account of such Security will be reported to the Internal Revenue Service as a taxable distribution from such account, valued at $1.00.

_____      _____
Signature                                Date

_____      _____
Signature                                Date

*NOTE: All required signers for account must sign document. This letter may not be used to sell options or to sell certificated securities unless such securities are registered in the name of RBC CM as custodian.*

RBC Capital Markets, LLC
P.O. Box 1510
Minneapolis, MN 55440
Fax: (866) 458-7741

2311-CAS (03/13)

© 2013 RBC Capital Markets, LLC. All rights reserved.

# Dollar Write-off Letter for Securities Held at RBC Capital Markets, LLC

*Client Request Form*

Date _____  Name on Account nutmeg/michael fund lllp _____

Account Number 898-00849 _____  Share/Unit Amount 34 _____

Name of Security facekey_corp_com _____

Ticker Symbol/Security Number/Cusip fakc _____

Please accept this letter as authorization to sell each of the above-referenced security(ies) (alone and collectively, the "Security") for a total value of $1.00. I understand that there currently is little or no market for the Security, and that neither RBC Capital Markets, LLC, ("RBC CM") nor my financial advisor is making any representation or warranty regarding the present or any future value of such Security. I also relinquish ownership of the Security, and agree to hold RBC CM harmless from and against any claim, cause of action, judgment, or lawsuit associated with or arising from the disposition of such Security effected by RBC CM under the terms of this letter.

I further understand and agree that under any custodial retirement plan agreement between RBC CM and me, certain securities held by RBC CM as custodian pursuant to such agreement may not be processed as a $1.00 trade. If such restrictions apply to the Security in my custodial retirement account, I authorize RBC CM to remove such Security from my custodial retirement account for sale by RBC CM. I represent and warrant that I have consulted with my tax advisor or other professional to the extent that I have deemed such consultation necessary. I am aware and understand that upon receipt of an IRA Distribution form the removal from my custodial retirement account of such Security will be reported to the Internal Revenue Service as a taxable distribution from such account, valued at $1.00.

_____  _____
Signature                        Date

_____  _____
Signature                        Date

*NOTE: All required signers for account must sign document. This letter may not be used to sell options or to sell certificated securities unless such securities are registered in the name of RBC CM as custodian.*

RBC Capital Markets, LLC
P.O. Box 1510
Minneapolis, MN 55440
Fax: (866) 458-7741

2311-CAS (03/13)

© 2013 RBC Capital Markets, LLC. All rights reserved.