# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Securities And Exchange Commission, et al.

                Plaintiff,

v.                 Case No.: 1:09−cv−01775
                Honorable Jeffrey T. Gilbert

The Nutmeg Group, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 21, 2015:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Receiver's Motion to Approve Settlement and Pay Litigation Counsel on Modified Contingency Basis [781], Receiver's Motion to Write−Off Certain Securities [783] and Receiver's Motion to Execute Power of Attorney [784] are granted. Any objections to the Receiver's Twenty−Eighth Interim Fee Application [790] are to be filed by 4/30/15. The Court either will rule on the Application via the CM/ECF system or set it for hearing as appropriate. The motion hearings set for 4/21/15 at 9:15 a.m. are stricken with no appearances required. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.