# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Securities And Exchange Commission, et al.

                                        Plaintiff,

v.                                                         Case No.: 1:09−cv−01775

                                                               Honorable Jeffrey T. Gilbert

The Nutmeg Group, LLC, et al.

                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, June 5, 2018:

        MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiff's Motion for Entry of Default, and for a Final Judgment Against The Nutmeg Group, LLC [1073] is taken under advisement. The motion hearing noticed for 6/7/18 is stricken with no appearances required. Mailed notice (ber, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.