UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.

THE NUTMEG GROUP, LLC,
RANDALL GOULDING,
DAVID GOULDING,

    Defendants,

DAVID GOULDING, INC., DAVID SAMUEL, LLC,
FINANCIAL ALCHEMY, LLC, PHILLY FINANCIAL, LLC,
and ERIC IRRGANG

    Relief Defendants.

Case No.: 09-CV-1775

Magistrate Judge Gilbert

**FINAL JUDGMENT AS TO RELIEF DEFENDANTS
DAVID GOULDING, INC. AND DAVID SAMUEL, LLC**

The Securities and Exchange Commission having filed a Complaint (Docket No. 1) and an Amended Complaint (Docket No. 314) and Relief Defendants David Goulding, Inc. and David Samuel, LLC (collectively, the "Relief Defendants") having entered a general appearance and consented to the Court's jurisdiction over Relief Defendants and the subject matter of this action; consented to entry of a partial judgment in which Relief Defendants waived findings of fact and conclusions of law (except as to the findings of fact and conclusions of law in the Court's Memorandum Opinion and Order on Summary Judgment (Docket No. 795)) and any right to appeal from the partial judgment (Docket No. 994); and the Court having considered the evidence and the parties' submissions and arguments regarding appropriate remedies, the Court

1

hereby enters this Final Judgment based on the findings of fact and conclusions of law set forth in a Memorandum and Opinion on Disgorgement from David Goulding, David Goulding, Inc. and David Samuel, LLC (Docket No. 1105):

## I.

**IT IS ORDERED, ADJUDGED, AND DECREED** that David Goulding, Inc. is liable for disgorgement of $3,317, representing profits gained as a result of the Defendants Randall Goulding's and David Goulding's violations of the Advisers Act, together with prejudgment interest thereon in the amount of $2,077. David Goulding, Inc. shall satisfy this obligation by paying $5,395 to the Securities and Exchange Commission within 30 days after entry of this Final Judgment. David Goulding, Inc. may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. David Goulding, Inc. may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; David Goulding, Inc. as a relief defendant in this action; and specifying that payment is made pursuant to this Final Judgment. David Goulding, Inc. shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, David Goulding, Inc. relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to

Defendant. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt and/or through other collection procedures authorized by law at any time after 30 days following entry of this Final Judgment. David Goulding, Inc. shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

## II.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that David Samuel, LLC is liable for disgorgement of $9,769, representing profits gained as a result of the Defendants Randall Goulding's and David Goulding's violations of the Advisers Act, together with prejudgment interest thereon in the amount of $5,796. David Samuel, LLC shall satisfy this obligation by paying $15,566 to the Securities and Exchange Commission within 30 days after entry of this Final Judgment. David Samuel, LLC may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. David Samuel, LLC may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; David Samuel, LLC as a relief defendant in this action; and specifying that payment is made pursuant to this Final Judgment. David Samuel, LLC shall simultaneously transmit

photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, David Samuel, LLC relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt and/or through other collection procedures authorized by law at any time after 30 days following entry of this Final Judgment. David Samuel, LLC shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

### III.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

SO ORDERED this 30 day of January, 2020.

_____
HON. JEFFREY T. GILBERT