UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SECURITIES AND
EXCHANGE COMMISSION,

        Plaintiff,        Case No.: 09-CV-1775

        v.        Magistrate Judge Gilbert

RANDALL GOULDING,

        Defendant,

**[PROPOSED] ORDER OF PERMANENT INJUNCTIVE RELIEF
AGAINST DEFENDANT RANDALL GOULDING**

This Court entered a Final Judgment against Defendant Randall Goulding on November 11, 2019 [Docket No. 1094], which was affirmed as to the findings of liability, disgorgement, prejudgment interest, and civil penalty. [Docket No. 1149] However, the Final Judgment's injunction was vacated for the reasons described in the Opinion of the U.S. Court of Appeals for the Seventh Circuit [Docket No. 1150 at 7-8], and the case was remanded to this Court for further proceedings and the entry of injunctive relief. Accordingly, this Court having found Defendant Randall Goulding liable for violating Sections 206(1), 206(2), and 206(4) of the Investment Advisers Act of 1940 ("Advisers Act"), 15 U.S.C. §§ 80b-6(1), 80b-6(2), and 80b-6(4), and Rule 206(4)-8 thereunder, 17 C.F.R. § 275.206(4)-8 [Docket No. 1085], and having granted summary judgment against Defendant Randall Goulding for violating Sections 206(2) and 206(4) of the Advisers Act, 15 U.S.C. §§ 80b-6(2) and 80b-6(4), and Rule 206(4)-8 thereunder, 17 C.F.R. § 275.206(4)-8 [Docket No. 795], and having considered the evidentiary record in this matter:

**I.**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant Randall Goulding is permanently restrained and enjoined from: (1) buying, selling or trading securities on behalf of an investment adviser or pooled investment vehicle; (2) managing securities investments for, or providing investment advice to, any person or entity, other than himself and immediate relatives, for compensation; and (3) providing consulting, valuation, compliance or other investment-related services to an investment adviser or pooled investment vehicle.

**II.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Order by personal service or otherwise: (a) Defendant Randall Goulding's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant Randall Goulding or with anyone described in (a).

**III.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction over this matter for the purposes of enforcing the terms of this Order.

**SO ORDERED** this ___ day of _____, 2022.

_____

HON. JEFFREY T. GILBERT