## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

U.S. Securities and Exchange Commission, et al.

                                                                                            Plaintiff,

v.                                                                                         Case No.:
                                                                                       1:09−cv−01775

                                                                                       Honorable Jeffrey T. Gilbert

The Nutmeg Group, LLC, et al.

                                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 8, 2022:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: If Defendant Randall Goulding has any comment(s) on Plaintiff's proposed injunction order [1159], he should file them by 12/15/22. The 12/20/22 hearing [1158] will proceed as scheduled. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.