**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

U.S. Securities and Exchange Commission, et al.

                Plaintiff,

v.

Case No.: 1:09−cv−01775

Honorable Jeffrey T. Gilbert

The Nutmeg Group, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 20, 2022:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone status hearing held on 12/20/22. The SEC submitted a proposed injunctive order [1159]. The Court has reviewed it and finds it is consistent with the Seventh Circuit's direction in its Opinion issued on 7/7/2022 [1150]. Defendant Randall Goulding has offered no objection to the entry of the SEC's proposed order given the Seventh Circuit's ruling. Enter Order of Permanent Injunctive Relief Against Defendant Randall Goulding. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.